| Fill in this information to identify the case: | |
|---|---|
| Debtor name | All In Jets, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEG Fuels<br>701 Waterfird Way, Suite 490<br>Miami, FL 33126 | | services rendered / goods supplied | | | | $94,553.97 |
| Apex Executive Jet Center<br>140 S. Apollo Blvd<br>Melbourne, FL 32901 | | services rendered / good supplied | | | | $151,848.89 |
| Atlantic Aviation<br>5201 Tennyson Parkway Suite 150<br>Plano, TX 75024 | | services rendered / goods supplied | | | | $393,866.78 |
| CAE Simuflite, Inc.<br>PO Box 619119<br>2929 W. Airfiled Drive<br>Dallas, TX 75261 | | services rendered / goods supplied | | | | $166,952.00 |
| Chartright<br>2450 Derry Road East, Hangar 6<br>Mississauga Ontario L5S 1B2 Canada | | services rendered / goods supplied | | | | $65,500.00 |
| Gulfstream<br>500 Gulfstream Road<br>PO Box 730349<br>Savannah, GA | | services rendered / goods supplied | | | | $105,775.88 |
| Honeywell Aerospace<br>21380 Network Place<br>Chicago, IL 60673 | | services rendered / goods supplied | | | | $69,495.00 |
| ICCS<br>Ave Sante Ave, 505 Piso 20 Col. Cruz Manca Santa Fe 05349 Mexico DF | | services rendered / goods supplied | | | | $77,512.17 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **All In Jets, LLC**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IPFS**<br>PO BOx 730223<br>Dallas, TX 75373-0223 | | services rendered / goods supplied | | | | $132,926.95 |
| **Jarvis & Associates, P.A.**<br>1550 Madruga Avenue Suite 220<br>Miami, FL 33146 | | services rendered / goods supplied | | | | $754,258.71 |
| **Jetex, LLC**<br>2730 US 1 South, Suite E<br>Saint Augustine, FL 32086-6334 | | services rendered / goods supplied | | | | $129,654.64 |
| **JetRight**<br>801 Hangar Lane Hangar 9<br>Nashville, TN 37217 | | services rendered / goods supplied | | | | $252,876.91 |
| **Just Jets Services, Inc**<br>4250 Execuair Street<br>Orlando, FL 32827 | | services rendered / goods supplied | | | | $504,084.98 |
| **Pegasus Elite Aviation, Inc.**<br>7943 Woodley Ave<br>Van Nuys, CA 91406 | | services rendered / goods supplied | | | | $123,820.00 |
| **Pike Aviation**<br>15000 NW 44th Avenue<br>Opa Locka, FL 33054 | | | | | | $62,653.91 |
| **Signature Flight Support**<br>6231 South Airpark Place<br>Anchorage, AK 99502 | | | | | | $88,591.33 |
| **Stevens Aerospace and Defense Systems**<br>600 Delaware Street<br>Greenville, SC 29605 | | services rendered / goods supplied | | | | $73,867.50 |
| **The Port Authority of NY & NJ**<br>PO Box 95000<br>Philadelphia, PA 19195-1523 | | services rendered / goods supplied | | | | $71,654.93 |
| **UVair**<br>1150 Gemini Street<br>Houston, TX 77058 | | services rendered / goods supplied | | | | $87,364.42 |

| Debtor | **All In Jets, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **World Fuel Services, Inc.**<br>**9800 NW 41st Street, Suite 400**<br>**Orlando, FL 32827** | | services rendered / goods supplied | | | | $513,777.63 |