UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re   All In Jets, LLC
        DBA Jet Ready
                                                    ,

                            Debtor         Case No.  20-11831

                                           Chapter   11

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
81-2847338

## CERTIFICATION OF MAILING MATRIX

I,(we), __Jennifer C. McEntee (SDNY) 5522156__ , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated: __8/10/2020__

_/s/ Jennifer C. McEntee (SDNY) 5522156_
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

ABC Amega
500 Seneca Street, Suite 400
Buffalo, NY 14204-1963


Advanced Airmanship
PO Box 12
Johns Island, SC 29457


AEG Fuels
701 Waterfird Way, Suite 490
Miami, FL 33126


AeroGeek Aviation
2125 Center Avenue, Suite 101
Fort Lee, NJ 07024


Aeronautical Telecommunications Ltd.
1 Braemar Avenue
Kingston 10 Jamica


Aeroports de Paris
14 Rue Lous Bleriot - Batiment 549
CS 90052-94551
Orly Aerogare Cedex France


AIA Corporation
222 W. College Ave., 9th Floor
Appleton, WI 54911


Air Bear Aviation
9A Lafayette Road #3
US Route 1
North Hampton, NH 03862


Air Culinaire
5830 W. Cypress St., Suite B&C
Tampa, FL 33607


Air X America
5525 NW 15th Ave, Suite 202
Fort Lauderdale, FL 33309


Aircare International Ltd
401 East 25 St., Suite H
Tacoma, WA 98421

AirlineCert. LLC
3812 Sepulveda Blvd., Ste 410
Torrance, CA 90505


AJAS Limited
Norman Manley International Airport
Kingston, Jamica


Akron-Canton Airport
5400 Lauby Road
North Canton, OH 44720


American Public Life Insurance Co.
Dept 1613
PO Box 11407
Birmingham, AL 35246-1613


AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114


Analar Corporation
41 Airpark Road
Princeton, NJ 08540


Anastasha Ferrante
241 NE 38th St, Unit C116
Fort Lauderdale, FL 33334


Apex Executive Jet Center
140 S. Apollo Blvd
Melbourne, FL 32901


APOGEE
DXB International Airport
Building 4EA 332
Dubai, UAE


ARGUS International Inc.
4240 Airport Road, Suite 300
Cincinnati, OH 45226


ARINC Direct
2551 Riva Road
Annapolis, MD 21401

ASMCORP
Codigo Postal 64000 Miguel
Hidalgo PTE #82 Numero Interior 14
Monterrey Centro


AT&T
PO Box 536216
Atlanta, GA 30353


AT&T Jet
7007 Boeing Drive
El Paso, TX 79925


Atiki's Flight Catering
1360 University Ave W 104
PO Box 340
Saint Paul, MN 55104


Atlantic Aviation
5201 Tennyson Parkway Suite 150
Plano, TX 75024


Aviall Services, Inc.
PO Box 842267
Dallas, TX 75284-2267


Avinode, Inc.
444 Brickell Ave, Suite 950
Miami, FL 33131


Avinor AS
Postboks 150
NO-2061 Gardermoen


Avion Insurance Agency, Inc.
1307 South International Parkway
Suite 1071
Lake Mary, FL 32746


Big Sky Aviation, Inc.
1516 Perimeter Road
West Palm Beach, FL 33406

Boca Aircraft Maintenance
3300 Airport Road
Hangar 2, Suite 121
Boca Raton, FL 33431


Boeing Distribution Services, Inc.
88289 Expedite Way
Chicago, IL 60695


Bombardier
PO Box 6087
Station Centre-Ville
Montreal, Qc H3C 3G9 Canada


Broad Street Bullies, Inc.
18600 Rosita Street
Tarzana, CA 91356


Broward County Tax Collector
115 S. Andres Ave #100
Fort Lauderdale, FL 33301


CAE Simuflite, Inc.
PO Box 619119
2929 W. Airfiled Drive
Dallas, TX 75261


CAMP Systems International Inc.
Dept CH 19788
Palatine, IL 60055-9788


CANAS
PO Box 2163, National Mail Centre
Golden Grove Road, Piarco


CE Avionics, Inc
Orlando Sanford International Airport
2789 Flightline Avenue
Sanford, FL 32773-8740


Century Jets, LLC
3028 Travid Pond Road
Williamsburg, VA 23185

Chartright
2450 Derry Road East, Hangar 6
Mississauga Ontario L5S 1B2 Canada


City of Westfield
110 Airport Road, Suite 206
Westfield, MA 01085


Cleveland Airport System
Bank of New York Mellon Trust
PO Box 70275
Cleveland, OH 44190-0275


Compressed Gas Systems, LLC
10650 Humbolt Street
Los Alamitos, CA 90720


Constant Aviation
18601 Cleveland Parkway
Cleveland, OH 44135


Cosgrove Aircraft Service, Inc.
70 Oser Avenue
Hauppauge, NY 11788


County Welding Equipment Co
1701 North Poweline Road
Pompano Beach, FL 33069-1624


CRS Jet Spares
6701 NW 12th Avenue
Fort Lauderdale, FL 33309


Dallas Airmotive, Inc.
PO Box 402458
Atlanta, GA 30384-2458


DFS Deutsche Flugsicherung
AM DFS-Campus
10  63225  Langen Germany


DM Airports, LTD
Morristown Municipal Airport
8 Airport Road
Morristown, NJ 07960

Dumont Aircraft Charter, LLC
2000 Brett Road
New Castle, DE 19720

Duncan Aviation, Inc.
PO Box 956153
Saint Louis, MO 63195-6153

East Coast Aircraft Painting, Inc.
19978 Industrial Drive
Deland, FL 32724

Elite Air, Inc.
100 N. 2nd Avenue South, Suite 707
Saint Petersburg, FL 33701

Etablissement National De la Navigation
Avenue de Independance
Alger 16000 Algeria

ETS.aero
Hangar 7 Fairey's Way
Manchester Airport, M90 5NE

Eurocontrol
Rue de la fusee 96  1130
 Brussels, Belgium

EuroJet Intercontinental Limited
12 Mount Havelock Doughlas
Isle of Man IM1 2QG

Execujet
Execujet Australasia
PO Box 205, Mascot NSW 1460

Federal Aviation Administration
PO Box 25770
Oklahoma City, OK 73125

Federal State Unitary Enterprise
37 Blidg 7
Leningradsky Prospekt
Moscow, Russia 125993

Flight Consulting Group
Charalampou Mouskou 20 ABC Business Cent
Off 101 Paphos Cyrpus, PC 8010


Flightdocs, Inc.
27598 Riverview Center Blvd
Bonita Springs, FL 34134


Flightpath Aviation Services, Inc.
2103 American Flyer Way
Brooksville, FL 34604


FlyEasy Corp
340 King Street East, 2nd Floor
Toronto, ON M5A 1KB


G-Ops
188 Rue de chardonnerets CS
11039  95926  Roissy CDG


G.W. Taylor
2000 NW 33rd Court
Fort Lauderdale, FL 33309


Gama Aviation (Engineering), Inc.
1815 NW 51st Place, 2nd Floor
Fort Lauderdale, FL 33309


GE Flight Efficiency Services
400 W 15th Street
Austin, TX 78701


General Civil Aviation Authority
PO BOx 6558
Abu Dhabi United Arab Emirates


Go Rentals
160 Aviation Drive N
Naples, FL 34104


GoGo Air
105 Edgeview Drive, Suite 300
Broomfield, CO 80021

Gulfstream
500 Gulfstream Road
PO Box 730349
Savannah, GA


Guyana Civil Aviation Authority
73 High Street
Georgetown, Guyana


Hamilton International Airport
9300 Airport Road, Suite 2206
Mount Hop On L0R 1W0   Canada


Hathaway Pilot Service
3188 Lake Shore Drive Lot 5
Hallandale, FL 33009


HCM Marketing, LLC
5568 Fox Hollow Drive
Boca Raton, FL 33486


Honeywell Aerospace
21380 Network Place
Chicago, IL 60673


ICCS
Ave Sante Ave, 505 Piso 20 Col. Cruz
 Manca Santa Fe 05349 Mexico DF


Imapacct LLC


Immaculate Flight LLC
3677 Sysco Court
Grand Rapids, MI 49512


InCorp Services, Inc.
3773 Howard Hughes Parkway Suite 500
Las Vegas, NV 89169


IPFS
PO BOx 730223
Dallas, TX 75373-0223

Jackson County Airport Authority
1000 Terminal Loop Parkway, Suite 201
Medford, OR 97504

Jamaica Civil Aviation Authority
The Accounts Dept
4 Winchester Road Kingston 10 Jamica

Japan Aviation Services
K-2 Bldg, 1-7-1 Haneda Airport Ota-ku
Tokoyo 144-0041 Japan

Jarvis & Associates, P.A.
1550 Madruga Avenue Suite 220
Miami, FL 33146

Jeppesen Sanderson, Inc.
55 Inverness Drive East
Englewood, CO 80112-5498

Jet Aviation
16644 Roscoe Blvd
Van Nuys, CA 91406

Jet Tech, LTD
438 Columbia Road
Thousand Oaks, CA 91360

Jetex, LLC
2730 US 1 South, Suite E
Saint Augustine, FL 32086-6334

JetRight
801 Hangar Lane
Hangar 9
Nashville, TN 37217

Jive Communications, Inc.
PO Box 412252
Boston, MA 02241-2252

John Scotto
370 5th Avenue Apt 5H
New York, NY 10065

Just Jets Services, Inc
4250 Execuair Street
Orlando, FL 32827


King County International Airport
7277 Perimeter Road S
Seattle, WA 98108-3844


Landvetter Jet Center
Hangarvagen 6A SE-438 70
Landvetter, Sweden


Law Offices of Yodice Associates
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854


Lee County Port Authority
11000 Terminal Access Road, Suite 8671
Fort Myers, FL 33913


Lesli Litt
2601 S. Ocean Blvd, Apt 3
Boca Raton, FL 33432


Level 8 Private Dining, LLC
483 Kings HIghway, 3rd Floor
Brooklyn, NY 11223


March Aviation, Inc.
3763 Enterprise Ave
Naples, FL 34104


Michael Cetrulo
72 Howe Lance
Freehold, NJ 07728


Microsoft
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052


Mike's Pro Detailing, Inc.
1116 Dunad Ave
Opa Locka, FL 33054

Morristown Municipal Airport
8 Airport Road
Morristown, NJ 07960


My Jet Saver, LLC
19470 NW 42 Avenue
Suite 45-20
Opa Locka, FL 33054


Nantucket Memorial Airport
14 Airport Road
Unit 1 02554
Nantucket, MA 02554


NataCS.aero
9400 Gateway Drive, Suite D
Reno, NV 89520


National Aero Stands, LLC
500 W 5th Street, Suite 1010
Austin, TX 78701


NATS
Citypoint, 2nd Floor 65
Haymarket Terrace Edinburgh EH12 5HD


NAV Canada
77 rue Metcalfe Street
Ottawa On K1P 5L6, Canada


NY State Dept of Transportation
7150 Republic Airport Room 216
Farmingdale, NY 11735


Ovation Travel Group, Inc.
71 Fifth Avenue
New York, NY 10003


Paine Field
Business Office
10108 32nd Ave, Suite J
Everett, WA 98204

Pangborn Flight Center
3764 Airport Way East
East Wenatchee, WA 98802


Paragon Jets, LLC
101 Charles Lindbhergh Drive Suite 204
Teterboro, NJ 07608


Pegasus Elite Aviation, Inc.
7943 Woodley Ave
Van Nuys, CA 91406


Perencal LLC
1900 Glades Road, Suite 441
Boca Raton, FL 33431


Pike Aviation
15000 NW 44th Avenue
Opa Locka, FL 33054


Polaris Aero, LLC
10645 N. Oracle Road
Suite 121-292
Tucson, AZ 85737-9387


Polish Air Navigation Service Agency
UI- Wiezowa 8 Poland


Port of Seattle
PO Box 24507
Seattle, WA 98124-0507


Precision Aero Technology
333 East Spring Street
Long Beach, CA 90806


Rapid Aircraft Maintenance Services
233 Industrial Ave
Hangar 3
Teterboro, NJ 07608


Results ebc, Inc.
10908 Courthouse Road
Suite 102-252
Fredericksburg, VA 22408

Sarsa
General Anaya No. 601 PTE Belle Vista
Monterrey, NL Mexico 64410


Saudia Private Aviation Co. Ltd.
KKIA PO Box 2836
Riyadh Kingdom of Saudi Arabia


SeaGil Software Company
6020 Parkway North Drive, Suite 900
Cumming, GA 30040


Seir Havana
PO Box 41043
Long Beach, CA 90853


SEMCO Aerospace, LLC
1625 Crescent Circle #309
Carrollton, TX 75006


Service Details


Service People
Postfach 630506
D-22315 Hamburg


Sharp Details, LLC
3 Sugar Creek Center
Sugar Land, TX 77478


Sheltair Aviation Services - PMP
1401 NE 10th Street
Pompano Beach, FL 33060


Signature Flight Support
6231 South Airpark Place
Anchorage, AK 99502


Silver Air
3760 State Street, Suite 101
Santa Barbara, CA 93105

Silver Lining
2059 Blount Road
Pompano Beach, FL 33069


SM Digital Partners
Congress Commerce Center
601 North Congress Ave., Suite 430
Delray Beach, FL 33445


South Central Regional Airport Authority
6003 Propeller Lane
Sellersburg, IN 47172


Sterling Courier
175-28 148th Avenue
Jamaica, NY 11434


Stevens Aerospace and Defense Systems
600 Delaware Street
Greenville, SC 29605


STS Mod Center
2000 NE Jensen Beach Blvd
Jensen Beach, FL 34957


Tailwind Air, LLC
67 Tower Road
West Harrison, NY 10604


TaskForce Red LLC
2200 NE 33rd Ave., Suite 14C
Fort Lauderdale, FL 33305


The Farewell Group, Inc.
Bay Elliott
5845 SW 97th Street
Miami, FL 33156


The Port Authority of NY & NJ
PO Box 95000
Philadelphia, PA 19195-1523


Thrive Aviation (Corporate Flight Int'l)
1430 Jet Stream Drive Suite 120
Henderson, NV 89052

TMX America, Inc.
3780 St. Lucie Blvd
Fort Pierce, FL 34946


Tony Blair Institute for Global Change
50 Broadway
London, SW 1H 0BL


Tralliant LLC
1600 Rosecrans Ave
Manhattan Beach, CA 90266


Transport Canada
Place de Ville
333 Sparks Street Tower C, 22nd Floor


UPS
PO Box 7247-0244
Philadelphia, PA 19170


UVair
1150 Gemini Street
Houston, TX 77058


Van Horst General Ccontractor's LLC
Pompano Beach Airpark
951 NE 10th Hangars 19 & 20
Pompano Beach, FL 33060


Vecotr - Massport
PO Box 786231
Philadelphia, PA 19178-6231


Vector - Aspen
PO Box 913146
Denver, CO 80291-3146


Vector-Dallas Love Field
PO Box 206427
Dallas, TX 75320-6427


Vector-Napa County Airport
PO Box 787061
Philadelphia, PA 19178-7061

VEH Accounting Services, LLC
763 NW 42nd Place
Pompano Beach, FL 33064


Vimana Private Jets
Maeva Tower Cnr Silcon Ave & Bank St 9th
Cybercity, Mauritius 72201


Vortechs Aviation, LLC
524 E. 23rd Street
Paterson, NJ 07514


Wayne County Airport Authority
1 Detroit Metro Airport
Detroit, MI 48242


West Star Aviation
#2 Airline Center East
East Alton, IL 62024


Winnipeg Airports Authority Inc.
249-2000 Wellington Ave R3H 1C2
Winnipeg MB


Wolcott & Associates
5525 NW 15th Avenue, Suite 203
Fort Lauderdale, FL 33309


World Fuel Services, Inc.
9800 NW 41st Street, Suite 400
Orlando, FL 32827


World Wide Elite Aviation, LLC
1311 NE 10th Street
Pompano Beach, FL 33060


Worldwide Jet Charter
22601 N. 17th Ave., Suite 220
Phoenix, AZ 85027


XO Jet, Inc.
2000 Sierra Point Parkway #200
Brisbane, CA 94005

YQB Aeroport de Quebec
505 Rue Principale
Quebec QC 02G 034 Canada


Zoom Video Communication, Inc.
55 Almaden Blvd., 6th Floor
San Jose, CA 95113