**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(215) 557-3550

and

**WACHTEL MISSRY, LLP**
Stephen J. Cohen, Esquire
Jason Libou, Esquire
1 Dag Hammarskjold Plaza, 47th Floor
885 2nd Avenue, New York, NY 10017
(212) 909-9500

| | |
|---|---|
| **In re:** | Case No.: 20-11831 |
| | Judge: MEW |
| **All In Jets, LLC d/b/a JetReady,** | Chapter: 11 |
| **Debtor.** | |

## INDEX OF DOCUMENTS FILED WITH AND INCORPORATED IN CHAPTER 11 PETITION

**Exhibit A:** Corporate Resolution
**Exhibit B:** Affidavit of Seth Bernstein under S.D.N.Y. LBR 1007-2

    Schedule 1: List of Creditors Holding the Twenty Largest Unsecured Claims
    Schedule 2: List of Secured Creditors
    Schedule 3: Balance Sheet
    Schedule 4: Summary of Significant Assets in the United States and Outside the United States and Location of Books and Records
    Schedule 5: Omitted.
    Schedule 6: Omitted.
    Schedule 7: Estimated Amounts to be Paid to Officers, Directors and Financial or Business Consultants for the 30-Day Period Following the Petition Date.
    Schedule 8: Thirty Day Cash Flow Estimates
**Exhibit C:** Corporate Ownership Statement pursuant to Bankr. R. 1007(a).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(215) 557-3550

and

**WACHTEL MISSRY, LLP**
Stephen J. Cohen, Esquire
Jason Libou, Esquire
1 Dag Hammarskjold Plaza, 47th Floor
885 2nd Avenue, New York, NY 10017
(212) 909-9500

| | |
|---|---|
| **In re:** | Case No.: 20-11831 |
| | Judge: MEW |
| **All In Jets, LLC d/b/a JetReady,** | Chapter: 11 |
| **Debtor.** | |

## EXHIBIT A

Fill in this information to identify your case:

United States Bankruptcy Court for the

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | All in Jets, LLC | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA   Jet Ready** | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 81-2847338 | |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 655 Madison Avenue, 20th Floor New York, NY 10065 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **5.** | **Debtor's website (URL)** | www.flyjetready.com | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor __All in Jets, LLC__                                              Case number (if known) _____
　　　　　Name

7. **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor **All In Jets, LLC**              Case number (if known) _____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed

  **Why does the property need immediate attention? (Check all that apply)**

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?**
  _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | All in Jets, LLC | | Case number (if known) | |
|--------|------------------|--|----------------------|--|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 / 9 / 2020
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Seth Bernstein**
Printed name

Title   **Member**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   8 / 9 / 2020
MM / DD / YYYY

**Jennifer C. McEntee (SDNY) 5522156**
Printed name

**Ciardi Ciardi & Astin**
Firm name

**One Commerce Square**
**2005 Market Street, Suite 3500**
**Philadelphia, PA 19103**
Number, Street, City, State & ZIP Code

Contact phone   **215.557.3550**      Email address   **jcranston@ciardilaw.com**

**5522156 NY**
Bar number and State

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103<br>(215) 557-3550<br><br>and<br><br>WACHTEL MISSRY, LLP<br>Stephen J. Cohen, Esquire<br>Jason Libou, Esquire<br>1 Dag Hammarskjold Plaza, 47th Floor<br>885 2nd Avenue, New York, NY 10017<br>(212) 909-9500 | |
| In re:<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>Debtor. | Case No.:<br>Judge:<br>Chapter:  11 |

## RESOLUTION AUTHORIZING FILING
## PETITION FOR REORGANIZATION OR LIQUIDATION

**WHEREAS**, ALL IN JETS, LLC d/b/a JETREADY, a Florida Limited Liability Company (the "Company"), is unable to pay its debts as they mature, and it is necessary for the Company to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE**, be it resolved the Company is authorized to file a Petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED**, that Seth Bernstein, majority member and manager of the Company, is hereby authorized to execute the Petition and other documents, and to take or cause to be taken

1

such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under Title 11 of the U.S. Code, and that Wachtel Missry, LLP and Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

**ALL IN JETS, LLC d/b/a JETREADY**

Dated:                      By:                          
                                            Seth Bernstein, Member

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(215) 557-3550

and

**WACHTEL MISSRY, LLP**
Stephen J. Cohen, Esquire
Jason Libou, Esquire
1 Dag Hammarskjold Plaza, 47th Floor
885 2nd Avenue, New York, NY 10017
(212) 909-9500

| | |
|---|---|
| **In re:** | Case No.:  20-11831 |
| | Judge:  MEW |
| **All In Jets, LLC d/b/a JetReady,** | Chapter:  11 |
| **Debtor.** | |

## EXHIBIT B

### AFFIDAVIT OF SETH BERNSTEIN
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                                           ) ss:
COUNTY OF NEW YORK   )

Seth Bernstein, being duly sworn, deposes and says:

1.  I am the Managing Member of All In Jets, LLC d/b/a JetReady, the above-

captioned debtor and debtor-in-possession (the "Debtor"). I submit this Affidavit in accordance

with Local Bankruptcy Rule 1007-2 ("Rule 1007-2"), in connection with the Debtor's voluntary

petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the

"Bankruptcy Code"). All facts set forth in this Affidavit are based on the my personal

knowledge, upon information supplied to me by others within the Debtor's organization, upon

my review of the relevant documents or upon my opinion based upon my experience and

knowledge of the Debtor's operations and financial condition. I am authorized to submit this

affidavit in support of the Debtor's petition for relief under the Bankruptcy Code.

2.        Unless otherwise indicated, all financial information submitted with this

Affidavit is presented on an estimated and unaudited basis.

## BACKGROUND

3.        As of the date hereof (the "Petition Date"), the Debtor filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code. The Debtor remains in possession

of its assets and continues to manage its business as a debtor in possession pursuant to

Bankruptcy Code sections 1107 and 1108. This case was not originally commenced as a chapter

7, chapter 12, or a chapter 13 case. No trustee, examiner or committee of creditors has been

appointed in these cases and to the best of my knowledge, information and belief there had been

no informal committee formed prior to the filing of this Chapter 11 case. The Debtor is a "small

business debtor" within the meaning of Bankruptcy Code § 101 (51D).

4.        The Debtor is a Florida Corporation with addresses at (1) 655 Madison

Ave., 20th Floor, New York, New York 10065, (2) 2419 E. Commercial Blvd., Suite 202, Fort

Lauderdale, FL 33308, (3) Pompano Florida, and (4) 180 S. Apollo Blvd., Melbourne, Fl

329201.

5.        The Debtor is a private jet charter operator and aircraft management

company offering flights worldwide with a floating charter fleet of heavy to midsize jets

including Gulfstream GIVSPs, Gulfstream GIVs, Challenger 601s and Hawker 800 models.

6. The Debtor's primary asset is its Part 135 certificate and the Standard Operating procedures, manuals and protocols as well as staff that are attendant to that certificate. The Debtor believes that asset to be worth $625,000. The Debtors have approximately $5,000,000 in unsecured debt.

7. The Debtor is unable to continue to operate with the large overhang of debt. The Debtor's asset is its Part 135 certificate from the FAA. The Debtor has reached an arrangement to reorganize and sell itself which will generate $625,000 for creditors from the sale of the entity as reorganized.

8. Seth Bernstein is the 100% owner of all member interests of the Debtor.

9. Pursuant to Local Bankruptcy Rule 1007-2(a)(iv), set forth on Schedule 1 hereto is a list of the names, addresses (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone and fax numbers of the creditors of the Debtor holding the twenty largest unsecured claims, excluding insiders. Such list includes the name of a person familiar with the Debtor's account, the amount of the claim and, if appropriate, an indication of whether such claim is contingent, unliquidated, disputed or partially secured, subject, however to certain reservations of rights stated on Schedule 1 regarding, inter alia, the actual validity of any such claims.

10. Pursuant to Local Bankruptcy Rule 1007-2(a)(v) and to the best of my knowledge, information and belief, set forth as Schedule 2 is the list of all secured creditors names, address (including the number, street, apartment or suite number, and zip code, if not included in the post office address) and telephone and fax numbers of the creditors of the Debtor holding the twenty largest secured claims, excluding insiders. Such list includes the name of a person familiar with the Debtor's account, the amount of the claim and, if appropriate, an

indication of whether such claim is contingent, unliquidated, disputed or partially secured, subject, however, to certain reservations of rights stated on Schedule 2 regarding, inter alia, the actual validity of any such claims.

11.    Pursuant to Local Bankruptcy Rule 1007-2(a)(vi), the Debtor is seeking an extension of the time to file the Schedules and Statement of Financial Affairs.

12.    Pursuant to Local Bankruptcy Rule 1007-2(a)(vii), and to the best of my knowledge, information and belief, there are no classes of shares of stock, debentures or other securities that are publicly held.

13.    Pursuant to Local Bankruptcy Rule 1007-2(a)(viii), and to the best of my knowledge, information and belief, the Debtor does not have any property that is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor, or agent for any such entity.

14.    Pursuant to Local Bankruptcy Rule 1007-2(a)(ix) and to the best of my knowledge, information and belief, the Debtor leases 2419 E. Commercial Blvd., Suite 202, Fort Lauderdale, Fl 33308, Pompano Florida, and 180 S. Apollo Blvd., Melbourne, Fl 329201.  The Debtor is still reviewing the leases and subleases and may amend this answer.

15.    Pursuant to Local Bankruptcy Rule 1007-2(a)(x), of the locations of the Debtor's significant assets, the locations of its books and records are as indicated in ¶ 4 and that there are no assets held by the debtor outside the territorial limits of the United States.

16.    Pursuant to Local Bankruptcy Rule 1007-2(a)(xi), and to the best of my knowledge, information and belief the following list encompasses all actions or proceedings, pending or threatened, against the Debtor or its property where a judgment against the Debtor or a seizure of its property may be imminent:

a. UJM I, LLC vs All in Jets, LLC, In the circuit Court of the Eleventh Judicial Circuit In and For Miami-Dade County, Florida Case No. 2018-037858-CA-01.

b. UJM I, LLC vs All in Jets, LLC, American Arbitration Association Commercial Arbitration Panel, File NO.: 01-19-0000-2826.

c. Pevencal, LLC vs. All in Jets and Seth Bernstein Circuit Court Broward County CACE 20-011765.

d. Jetright Aviation Maintenance, LLC vs Jet Ready, LLC, Davidson County Chancery Court, Tennessee, Case No.: 20-563-II.

17. Pursuant to Local Bankruptcy Rule 1007-2(a)(xii) are the names of the individuals who compromise the Debtor's existing senior management, are Seth Bernstein, Managing Member.

18. Pursuant to Local Bankruptcy Rule 1007-2(b)(i), is the estimated amount of the weekly payroll to employees of the Debtor (exclusive of officers, directors, stockholders, partners and members) for the thirty-day period following the commencement of the Debtor's Chapter 11 case is $2500/week.

19. Pursuant to Local Bankruptcy Rule 1007-2(b)(ii), no amounts were paid or proposed to be paid to the Debtor's officers, directors and financial or business consultants for services for the thirty-day period following the commencement of the Debtor's Chapter 11 case. The Debtor may retain Impacct US LLC as outsource CFO.

20. Pursuant to Local Bankruptcy Rule 1007-2(b)(iii), set forth on Schedule 8 hereto are the estimated case receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid (other than professional fees) and any other

information relevant to an understanding of the foregoing, for the thirty day period following the commencement of the Debtor's Chapter 11 case.

By: /s/
      Name: Seth Bernstein
      Title: Managing Member

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, the undersigned authorized member of All In Jets, LLC d/b/a JetReady declare under penalty of perjury that I have reviewed the List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated:

By: /s/
      Name: Seth Bernstein
      Title: Managing Member

## **SCHEDULE 1**

List of Creditors who have the 20 Largest Unsecured Claims and are not Insiders.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | All In Jets, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AEG Fuels** 701 Waterfird Way, Suite 490 Miami, FL 33126 | | services rendered / goods supplied | | | | $94,553.97 |
| **Apex Executive Jet Center** 140 S. Apollo Blvd Melbourne, FL 32901 | | services rendered / good supplied | | | | $151,848.89 |
| **Atlantic Aviation** 5201 Tennyson Parkway Suite 150 Plano, TX 75024 | | services rendered / goods supplied | | | | $393,866.78 |
| **CAE Simuflite, Inc.** PO Box 619119 2929 W. Airfiled Drive Dallas, TX 75261 | | services rendered / goods supplied | | | | $166,952.00 |
| **Chartright** 2450 Derry Road East, Hangar 6 Mississauga Ontario L5S 1B2 Canada | | services rendered / goods supplied | | | | $65,500.00 |
| **Gulfstream** 500 Gulfstream Road PO Box 730349 Savannah, GA | | services rendered / goods supplied | | | | $105,775.88 |
| **Honeywell Aerospace** 21380 Network Place Chicago, IL 60673 | | services rendered / goods supplied | | | | $69,495.00 |
| **ICCS** Ave Sante Ave, 505 Piso 20 Col. Cruz Manca Santa Fe 05349 Mexico DF | | services rendered / goods supplied | | | | $77,512.17 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **All In Jets, LLC**                                      Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IPFS** PO BOx 730223 Dallas, TX 75373-0223 | | services rendered / goods supplied | | | | $132,926.95 |
| **Jarvis & Associates, P.A.** 1550 Madruga Avenue Suite 220 Miami, FL 33146 | | services rendered / goods supplied | | | | $754,258.71 |
| **Jetex, LLC** 2730 US 1 South, Suite E Saint Augustine, FL 32086-6334 | | services rendered / goods supplied | | | | $129,654.64 |
| **JetRight** 801 Hangar Lane Hangar 9 Nashville, TN 37217 | | services rendered / goods supplied | | | | $252,876.91 |
| **Just Jets Services, Inc** 4250 Execuair Street Orlando, FL 32827 | | services rendered / goods supplied | | | | $504,084.98 |
| **Pegasus Elite Aviation, Inc.** 7943 Woodley Ave Van Nuys, CA 91406 | | services rendered / goods supplied | | | | $123,820.00 |
| **Pike Aviation** 15000 NW 44th Avenue Opa Locka, FL 33054 | | | | | | $62,653.91 |
| **Signature Flight Support** 6231 South Airpark Place Anchorage, AK 99502 | | | | | | $88,591.33 |
| **Stevens Aerospace and Defense Systems** 600 Delaware Street Greenville, SC 29605 | | services rendered / goods supplied | | | | $73,867.50 |
| **The Port Authority of NY & NJ** PO Box 95000 Philadelphia, PA 19195-1523 | | services rendered / goods supplied | | | | $71,654.93 |
| **UVair** 1150 Gemini Street Houston, TX 77058 | | services rendered / goods supplied | | | | $87,364.42 |

Debtor    **All In Jets, LLC**                                                        Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **World Fuel Services, Inc.** **9800 NW 41st Street, Suite 400** **Orlando, FL 32827** | | services rendered / goods supplied | | | | $513,777.63 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## SCHEDULE 2

List of Secured Creditors:  None.

## **SCHEDULE 3**

Balance Sheet – See attached.

# JetReady
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Cash | 112,871.63 |
| **Total Checking/Savings** | 112,871.63 |
| **Accounts Receivable** | |
| 1100 · Accounts Receivable | 577,961.00 |
| **Total Accounts Receivable** | 577,961.00 |
| **Other Current Assets** | |
| 1200 · Accounts Receivable - Other | 33,653.95 |
| 1400 · Prepaid Expenses | 225,735.46 |
| **Total Other Current Assets** | 259,389.41 |
| **Total Current Assets** | 950,222.04 |
| **Other Assets** | |
| 1700 · Other Assets | 25,278.00 |
| 1800 · Intangible Assets | 111,870.23 |
| **Total Other Assets** | 137,148.23 |
| **TOTAL ASSETS** | 1,087,370.27 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 753,787.25 |
| **Total Accounts Payable** | 753,787.25 |
| **Credit Cards** | |
| 2200 · Credit Cards Payable | 86,560.95 |
| **Total Credit Cards** | 86,560.95 |
| **Other Current Liabilities** | |
| 2300 · Accrued Payroll & Benefits | 102,037.46 |
| 2400 · Taxes Payable | 4,560.18 |
| 2500 · Other Current Liabilities | 236,007.96 |
| 2600 · Customer Deposits | 36,640.00 |
| 2700 · Short Term Loan/Notes Payable | 262,897.26 |
| **Total Other Current Liabilities** | 642,142.86 |
| **Total Current Liabilities** | 1,482,491.06 |
| **Total Liabilities** | 1,482,491.06 |
| **Equity** | |
| 3010 · Equity - S. Bernstein | 749,000.00 |
| 3090 · Retained Earnings - Pre Sale | -559,148.62 |
| Net Income | -584,972.17 |
| **Total Equity** | -395,120.79 |
| **TOTAL LIABILITIES & EQUITY** | 1,087,370.27 |

# JetReady
# Profit & Loss
## January through December 2017

|  | Jan - Dec 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Charter Revenue | 1,233,783.53 |
| 4100 · Owner Trip Revenue | 1,103,867.59 |
| 4300 · Fuel Revenue | 107,862.35 |
| 4500 · Aircraft Services | 499,942.94 |
| 4700 · Maintenance Revenue | 1,085,922.66 |
| 4800 · Off Fleet Revenue | 105,852.78 |
| **Total Income** | 4,137,231.85 |
| **Cost of Goods Sold** | |
| 5000 · Wages & Benefits | 533,867.20 |
| 6000 · Maintenance Expense | 1,400,851.58 |
| 7000 · Return to Aircraft Owner | 1,323,133.64 |
| 7100 · Off Fleet - Flight Expense | 107,942.52 |
| 7200 · Flight/Trip Expense | 137,203.45 |
| 7400 · Fuel Expense | 478,028.64 |
| 7700 · Aircraft Carry Costs | 144,977.71 |
| 7800 · Owner Trip Expense | 78,983.07 |
| **Total COGS** | 4,204,987.81 |
| **Gross Profit** | -67,755.96 |
| **Expense** | |
| 8000 · General & Admin Expense | 514,432.11 |
| **Total Expense** | 514,432.11 |
| **Net Ordinary Income** | -582,188.07 |
| **Other Income/Expense** | |
| **Other Income** | |
| 9000 · Other Income | 6,145.61 |
| **Total Other Income** | 6,145.61 |
| **Other Expense** | |
| 9100 · Other Expense | 8,929.71 |
| 99999 · Comment Account | 0.00 |
| **Total Other Expense** | 8,929.71 |
| **Net Other Income** | -2,784.10 |
| **Net Income** | -584,972.17 |

## SCHEDULE 4

## LIST OF SIGNIFICANT ASSETS IN THE UNITED STATES AND OUTSIDE THE UNITED STATES AND LOCATION OF BOOKS AND RECORDS

**All assets are located at Debtor's New York location or Melbourne Florida location.**

## SCHEDULE 7

## ESTIMATED AMOUNTS TO BE PAID TO OFFICERS, DIRECTORS AND FINANCIAL OR BUSINESS CONSULTANTS FOR THE 30-DAY PERIOD FOLLOWING THE PETITION DATE

| | |
|---|---|
| Estimated Payroll for officers/directors for the next 30 days | $__0___ in gross payroll |

## SCHEDULE 8

### THIRTY-DAY PROJECTED CASH FLOW ESTIMATES

#### The Debtor's Post-Petition Cash Needs

Thirty-Day Projected Cash Flow Estimate.   TO BE SUPPLIED

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(215) 557-3550

and

**WACHTEL MISSRY, LLP**
Stephen J. Cohen, Esquire
Jason Libou, Esquire
1 Dag Hammarskjold Plaza
885 2nd Avenue, 47th Floor
New York, NY 10017
(212) 909-9500

| | |
|---|---|
| **In re:** | Case No.: 20-11831 |
| | Judge: MEW |
| **All In Jets, LLC d/b/a JetReady,** | Chapter: 11 |
| **Debtor.** | |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(215) 557-3550

and

**WACHTEL MISSRY, LLP**
Stephen J. Cohen, Esquire
Jason Libou, Esquire
1 Dag Hammarskjold Plaza, 47th Floor
885 2nd Avenue, New York, NY 10017
(212) 909-9500

| | |
|---|---|
| **In re:** | Case No.: 20-11831 |
| | Judge: MEW |
| **All In Jets, LLC d/b/a JetReady,** | Chapter: 11 |
| **Debtor.** | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "Debtor") states that there are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(215) 557-3550

and

**WACHTEL MISSRY, LLP**
Stephen J. Cohen, Esquire
Jason Libou, Esquire
1 Dag Hammarskjold Plaza, 47th Floor
885 2nd Avenue, New York, NY 10017
(212) 909-9500

| | |
|---|---|
| **In re:** | Case No.: 20-11831 |
| | Judge: MEW |
| **All In Jets, LLC d/b/a JetReady,** | Chapter: 11 |
| **Debtor.** | |

## DECLARATION REGARDING
## CORPORATE OWNERSHIP STATEMENT

I, Seth Bernstein, member of All In Jets, LLC d/b/a JetReady, declare under penalty of

perjury, pursuant to authority granted to me a member of the above-captioned debtor in this

Chapter 11 case (the "Debtor"), that I have reviewed the *Corporate Ownership Statement* of the

Debtor and it is true and correct as of the date hereof, to the best of my knowledge, information

and belief.

Date: 8/11/2020

Seth Bernstein, Member