**Fill in this information to identify the case:**

Debtor name    **All In Jets, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **20-11831**

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____   X _____
                                      Signature of individual signing on behalf of debtor

                                      **Seth Bernstein**
                                      Printed name

                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **All In Jets, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-11831**

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $     **4,407,741.40**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $     **4,407,741.40**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$     **5,228,671.97**

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $     **5,228,671.97**

Debtor name __All In Jets, LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) __20-11831__

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    __4,407,741.40__    -    __0.00__    = ....    $4,407,741.40
face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,407,741.40

### Part 4:    Investments

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** <br> **Fixed Assets** | **$47,012.76** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** <br> Add lines 39 through 42. Copy the total to line 86. | **$0.00** |
| --- | --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Fixed Assets**                                 $47,012.76                                          $0.00

51.   **Total of Part 8.**                                                                           $0.00

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Perencal, LLC Perencal Building 2419 E. Commercial Boulevard Suite 202 Ft. Lauderdale, FL 33308** | Owner | Unknown | | Unknown |

56.   **Total of Part 9.**                                                                           $0.00

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **Title 14 of the Code of Federal Regulations (14 CFR) part 135 Certificate**                                          **Unknown**

78.   **Total of Part 11.**                                                                  **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,407,741.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,407,741.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,407,741.40 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Supplement to Schedule A/B

10.    This amount is as of 12/31/19 and the Debtor continues to reconcile its books so that this amount is likely to change.

46.    This value is as of 12/31/2019 and is reflected on the Debtor's balance sheet reflecting a book value and not a fair market value. The Debtor continues to reconcile its books and records so that this amount is likely to change.

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABC Amega**<br>**500 Seneca Street, Suite 400**<br>**Buffalo, NY 14204-1963**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$846.17** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Advanced Airmanship**<br>**PO Box 12**<br>**Johns Island, SC 29457**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,535.62** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AEG Fuels**<br>**701 Waterfird Way, Suite 490**<br>**Miami, FL 33126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  services rendered / goods supplied<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$94,553.97** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AeroGeek Aviation**<br>**2125 Center Avenue, Suite 101**<br>**Fort Lee, NJ 07024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,538.94** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Aeronautical Telecommunications Ltd.**
**1 Braemar Avenue**
**Kingston 10 Jamaica**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.13 |
|---|---|---|---|

**Aeroports de Paris**
**14 Rue Lous Bleriot - Batiment 549**
**CS 90052-94551**
**Orly Aerogare Cedex France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $723.28 |
|---|---|---|---|

**AIA Corporation**
**222 W. College Ave., 9th Floor**
**Appleton, WI 54911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,345.00 |
|---|---|---|---|

**Air Bear Aviation**
**9A Lafayette Road #3**
**US Route 1**
**North Hampton, NH 03862**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,183.93 |
|---|---|---|---|

**Air Culinaire**
**5830 W. Cypress St., Suite B&C**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,150.00 |
|---|---|---|---|

**Air X America**
**5525 NW 15th Ave, Suite 202**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|

**Aircare International Ltd**
**401 East 25 St., Suite H**
**Tacoma, WA 98421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**AirlineCert. LLC**
**3812 Sepulveda Blvd., Ste 410**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,366.19 |
|---|---|---|---|

**AJAS Limited**
**Norman Manley International Airport**
**Kingston, Jamica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |
|---|---|---|---|

**Akron-Canton Airport**
**5400 Lauby Road**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,199.83 |
|---|---|---|---|

**American Public Life Insurance Co.**
**Dept 1613**
**PO Box 11407**
**Birmingham, AL 35246-1613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,372.00 |
|---|---|---|---|

**AmTrust North America**
**800 Superior Avenue E**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,480.00 |
|---|---|---|---|

**Analar Corporation**
**41 Airpark Road**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,513.82 |
|---|---|---|---|

**Anastasha Ferrante**
**241 NE 38th St, Unit C116**
**Fort Lauderdale, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,848.89 |
|------|---|---|---|
| | **Apex Executive Jet Center**<br>**140 S. Apollo Blvd**<br>**Melbourne, FL 32901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  services rendered / good supplied | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,227.00 |
|------|---|---|---|
| | **APOGEE**<br>**DXB International Airport**<br>**Building 4EA 332**<br>**Dubai, UAE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,090.00 |
|------|---|---|---|
| | **ARGUS International Inc.**<br>**4240 Airport Road, Suite 300**<br>**Cincinnati, OH 45226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,434.00 |
|------|---|---|---|
| | **ARINC Direct**<br>**2551 Riva Road**<br>**Annapolis, MD 21401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,544.32 |
|------|---|---|---|
| | **ASMCORP**<br>**Codigo Postal 64000 Miguel**<br>**Hidalgo PTE #82 Numero Interior 14**<br>**Monterrey Centro** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $321.00 |
|------|---|---|---|
| | **AT&T**<br>**PO Box 536216**<br>**Atlanta, GA 30353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,500.00 |
|------|---|---|---|
| | **AT&T Jet**<br>**7007 Boeing Drive**<br>**El Paso, TX 79925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,030.64 |
|---|---|---|---|

**Atiki's Flight Catering**
**1360 University Ave W 104**
**PO Box 340**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393,866.78 |
|---|---|---|---|

**Atlantic Aviation**
**5201 Tennyson Parkway Suite 150**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  services rendered / goods supplied

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.52 |
|---|---|---|---|

**Aviall Services, Inc.**
**PO Box 842267**
**Dallas, TX 75284-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,782.00 |
|---|---|---|---|

**Avinode, Inc.**
**444 Brickell Ave, Suite 950**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,393.70 |
|---|---|---|---|

**Avinor AS**
**Postboks 150**
**NO-2061 Gardermoen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,223.00 |
|---|---|---|---|

**Avion Insurance Agency, Inc.**
**1307 South International Parkway**
**Suite 1071**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $907.20 |
|---|---|---|---|

**Big Sky Aviation, Inc.**
**1516 Perimeter Road**
**West Palm Beach, FL 33406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,128.60** |
|---|---|---|---|
| | **Boca Aircraft Maintenance** <br> **3300 Airport Road** <br> **Hangar 2, Suite 121** <br> **Boca Raton, FL 33431** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,759.95** |
|---|---|---|---|
| | **Boeing Distribution Services, Inc.** <br> **88289 Expedite Way** <br> **Chicago, IL 60695** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,507.85** |
|---|---|---|---|
| | **Bombardier** <br> **PO Box 6087** <br> **Station Centre-Ville** <br> **Montreal, Qc H3C 3G9 Canada** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|
| | **Broad Street Bullies, Inc.** <br> **18600 Rosita Street** <br> **Tarzana, CA 91356** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **Broward County Tax Collector** <br> **115 S. Andres Ave #100** <br> **Fort Lauderdale, FL 33301** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166,952.00** |
|---|---|---|---|
| | **CAE Simuflite, Inc.** <br> **PO Box 619119** <br> **2929 W. Airfiled Drive** <br> **Dallas, TX 75261** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** services rendered / goods supplied | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,806.25** |
|---|---|---|---|
| | **CAMP Systems International Inc.** <br> **Dept CH 19788** <br> **Palatine, IL 60055-9788** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.06 |
|---|---|---|---|

**CANAS**
**PO Box 2163, National Mail Centre**
**Golden Grove Road, Piarco**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,428.95 |
|---|---|---|---|

**CE Avionics, Inc**
**Orlando Sanford International Airport**
**2789 Flightline Avenue**
**Sanford, FL 32773-8740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Century Jets, LLC**
**3028 Travid Pond Road**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,500.00 |
|---|---|---|---|

**Chartright**
**2450 Derry Road East, Hangar 6**
**Mississauga Ontario L5S 1B2 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **services rendered / goods supplied**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**City of Westfield**
**110 Airport Road, Suite 206**
**Westfield, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,619.88 |
|---|---|---|---|

**Cleveland Airport System**
**Bank of New York Mellon Trust**
**PO Box 70275**
**Cleveland, OH 44190-0275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,636.74 |
|---|---|---|---|

**Compressed Gas Systems, LLC**
**10650 Humbolt Street**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,732.27 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Constant Aviation**<br>**18601 Cleveland Parkway**<br>**Cleveland, OH 44135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,963.30 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Cosgrove Aircraft Service, Inc.**<br>**70 Oser Avenue**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.80 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|
| | **County Welding Equipment Co**<br>**1701 North Poweline Road**<br>**Pompano Beach, FL 33069-1624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,365.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **CRS Jet Spares**<br>**6701 NW 12th Avenue**<br>**Fort Lauderdale, FL 33309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,418.32 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Dallas Airmotive, Inc.**<br>**PO Box 402458**<br>**Atlanta, GA 30384-2458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.90 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **DFS Deutsche Flugsicherung**<br>**AM DFS-Campus**<br>**10 63225 Langen Germany** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **DM Airports, LTD**<br>**Morristown Municipal Airport**<br>**8 Airport Road**<br>**Morristown, NJ 07960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,350.00 |
|---|---|---|---|

**Dumont Aircraft Charter, LLC**
**2000 Brett Road**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,502.02 |
|---|---|---|---|

**Duncan Aviation, Inc.**
**PO Box 956153**
**Saint Louis, MO 63195-6153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**East Coast Aircraft Painting, Inc.**
**19978 Industrial Drive**
**Deland, FL 32724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.00 |
|---|---|---|---|

**Elite Air, Inc.**
**100 N. 2nd Avenue South, Suite 707**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.47 |
|---|---|---|---|

**Etablissement National De la Navigation**
**Avenue de Independance**
**Alger 16000 Algeria**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.59 |
|---|---|---|---|

**ETS.aero**
**Hangar 7 Fairey's Way**
**Manchester Airport, M90 5NE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eurocontrol**
**Rue de la fusee 96  1130**
** Brussels, Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _-3283.39_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,268.96 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**EuroJet Intercontinental Limited**
**12 Mount Havelock Doughlas**
**Isle of Man IM1 2QG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.93 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Execujet**
**Execujet Australasia**
**PO Box 205, Mascot NSW 1460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.46 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Federal Aviation Administration**
**PO Box 25770**
**Oklahoma City, OK 73125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,297.80 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Federal State Unitary Enterprise**
**37 Blidg 7**
**Leningradsky Prospekt**
**Moscow, Russia 125993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,055.76 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Flight Consulting Group**
**Charalampou Mouskou 20 ABC Business**
**Cent**
**Off 101 Paphos Cyrpus, PC  8010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,100.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Flightdocs, Inc.**
**27598 Riverview Center Blvd**
**Bonita Springs, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Flightpath Aviation Services, Inc.**
**2103 American Flyer Way**
**Brooksville, FL 34604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
| --- | --- | --- | --- |
| | **FlyEasy Corp**<br>**340 King Street East, 2nd Floor**<br>**Toronto, ON  M5A 1KB** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,537.27** |
| --- | --- | --- | --- |
| | **G-Ops**<br>**188 Rue de chardonnerets CS**<br>**11039  95926  Roissy CDG** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,077.64** |
| --- | --- | --- | --- |
| | **G.W. Taylor**<br>**2000 NW 33rd Court**<br>**Fort Lauderdale, FL 33309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,594.53** |
| --- | --- | --- | --- |
| | **Gama Aviation (Engineering), Inc.**<br>**1815 NW 51st Place, 2nd Floor**<br>**Fort Lauderdale, FL 33309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,102.73** |
| --- | --- | --- | --- |
| | **GE Flight Efficiency Services**<br>**400 W 15th Street**<br>**Austin, TX 78701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
| --- | --- | --- | --- |
| | **General Civil Aviation Authority**<br>**PO BOx 6558**<br>**Abu Dhabi United Arab Emirates** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$383.65** |
| --- | --- | --- | --- |
| | **Go Rentals**<br>**160 Aviation Drive N**<br>**Naples, FL 34104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,002.15 |

**GoGo Air**
**105 Edgeview Drive, Suite 300**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,775.88 |

**Gulfstream**
**500 Gulfstream Road**
**PO Box 730349**
**Savannah, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  services rendered / goods supplied

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |

**Guyana Civil Aviation Authority**
**73 High Street**
**Georgetown, Guyana**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.49 |

**Hamilton International Airport**
**9300 Airport Road, Suite 2206**
**Mount Hop On LOR 1W0   Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,608.87 |

**Hathaway Pilot Service**
**3188 Lake Shore Drive Lot 5**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,861.82 |

**HCM Marketing, LLC**
**5568 Fox Hollow Drive**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,495.00 |

**Honeywell Aerospace**
**21380 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  services rendered / goods supplied

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,512.17 |
|---|---|---|---|
| | **ICCS** | ☐ Contingent | |
| | **Ave Sante Ave, 505 Piso 20 Col. Cruz** | ☐ Unliquidated | |
| | **Manca Santa Fe 05349 Mexico DF** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _services rendered / goods supplied_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,345.00 |
|---|---|---|---|
| | **Imapacct LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
|---|---|---|---|
| | **Immaculate Flight LLC** | ☐ Contingent | |
| | **3677 Sysco Court** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49512** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|
| | **InCorp Services, Inc.** | ☐ Contingent | |
| | **3773 Howard Hughes Parkway Suite 500** | ☐ Unliquidated | |
| | **Las Vegas, NV 89169** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,926.95 |
|---|---|---|---|
| | **IPFS** | ☐ Contingent | |
| | **PO BOx 730223** | ☐ Unliquidated | |
| | **Dallas, TX 75373-0223** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _services rendered / goods supplied_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.04 |
|---|---|---|---|
| | **Jackson County Airport Authority** | ☐ Contingent | |
| | **1000 Terminal Loop Parkway, Suite 201** | ☐ Unliquidated | |
| | **Medford, OR 97504** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.00 |
|---|---|---|---|
| | **Jamaica Civil Aviation Authority** | ☐ Contingent | |
| | **The Accounts Dept** | ☐ Unliquidated | |
| | **4 Winchester Road Kingston 10 Jamica** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.89 **Nonpriority creditor's name and mailing address**<br>**Japan Aviation Services**<br>**K-2 Bldg, 1-7-1 Haneda Airport Ota-ku**<br>**Tokoyo 144-0041 Japan**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _-477.07_<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.90 **Nonpriority creditor's name and mailing address**<br>**Jarvis & Associates, P.A.**<br>**1550 Madruga Avenue Suite 220**<br>**Miami, FL 33146**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$754,258.71**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _services rendered / goods supplied_<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.91 **Nonpriority creditor's name and mailing address**<br>**Jeppesen Sanderson, Inc.**<br>**55 Inverness Drive East**<br>**Englewood, CO 80112-5498**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$45,700.59**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.92 **Nonpriority creditor's name and mailing address**<br>**Jet Aviation**<br>**16644 Roscoe Blvd**<br>**Van Nuys, CA 91406**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$1,331.61**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.93 **Nonpriority creditor's name and mailing address**<br>**Jet Tech, LTD**<br>**438 Columbia Road**<br>**Thousand Oaks, CA 91360**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$1,133.45**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.94 **Nonpriority creditor's name and mailing address**<br>**Jetex, LLC**<br>**2730 US 1 South, Suite E**<br>**Saint Augustine, FL 32086-6334**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$129,654.64**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _services rendered / goods supplied_<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.95 **Nonpriority creditor's name and mailing address**<br>**JetRight**<br>**801 Hangar Lane**<br>**Hangar 9**<br>**Nashville, TN 37217**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$252,876.91**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _services rendered / goods supplied_<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$901.62** |
|---|---|---|---|

**Jive Communications, Inc.**
**PO Box 412252**
**Boston, MA 02241-2252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Scotto**
**870 5th Avenue Apt 5H**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  -45003.59

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$504,084.98** |
|---|---|---|---|

**Just Jets Services, Inc**
**4250 Execuair Street**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services rendered / goods supplied

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.75** |
|---|---|---|---|

**King County International Airport**
**7277 Perimeter Road S**
**Seattle, WA 98108-3844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,653.14** |
|---|---|---|---|

**Landvetter Jet Center**
**Hangarvagen 6A SE-438 70**
**Landvetter, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,129.11** |
|---|---|---|---|

**Law Offices of Yodice Associates**
**12505 Park Potomac Ave., 6th Floor**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164.34** |
|---|---|---|---|

**Lee County Port Authority**
**11000 Terminal Access Road, Suite 8671**
**Fort Myers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.97 |
|---|---|---|---|

**Lesli Litt**
**2601 S. Ocean Blvd, Apt 3**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.05 |
|---|---|---|---|

**Level 8 Private Dining, LLC**
**483 Kings HIghway, 3rd Floor**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,971.75 |
|---|---|---|---|

**March Aviation, Inc.**
**3763 Enterprise Ave**
**Naples, FL 34104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Cetrulo**
**72 Howe Lance**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _-5000_

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,096.01 |
|---|---|---|---|

**Microsoft**
**Microsoft Corporation**
**One Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,775.00 |
|---|---|---|---|

**Mike's Pro Detailing, Inc.**
**1116 Dunad Ave**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.67 |
|---|---|---|---|

**Morristown Municipal Airport**
**8 Airport Road**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,600.00 |
|---|---|---|---|

**My Jet Saver, LLC**
**19470 NW 42 Avenue**
**Suite 45-20**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.48 |
|---|---|---|---|

**Nantucket Memorial Airport**
**14 Airport Road**
**Unit 1 02554**
**Nantucket, MA 02554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.60 |
|---|---|---|---|

**NataCS.aero**
**9400 Gateway Drive, Suite D**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,104.00 |
|---|---|---|---|

**National Aero Stands, LLC**
**500 W 5th Street, Suite 1010**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,811.34 |
|---|---|---|---|

**NATS**
**Citypoint, 2nd Floor 65**
**Haymarket Terrace Edinburgh EH12 5HD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,130.15 |
|---|---|---|---|

**NAV Canada**
**77 rue Metcalfe Street**
**Ottawa On K1P 5L6, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.23 |
|---|---|---|---|

**NY State Dept of Transportation**
**7150 Republic Airport Room 216**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,158.00** |
|---|---|---|---|
| | **Ovation Travel Group, Inc.**<br>**71 Fifth Avenue**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$528.00** |
|---|---|---|---|
| | **Paine Field**<br>**Business Office**<br>**10108 32nd Ave, Suite J**<br>**Everett, WA 98204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,434.64** |
|---|---|---|---|
| | **Pangborn Flight Center**<br>**3764 Airport Way East**<br>**East Wenatchee, WA 98802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Paragon Jets, LLC**<br>**101 Charles Lindbhergh Drive Suite 204**<br>**Teterboro, NJ 07608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **-10.69** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123,820.00** |
|---|---|---|---|
| | **Pegasus Elite Aviation, Inc.**<br>**7943 Woodley Ave**<br>**Van Nuys, CA 91406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **services rendered / goods supplied** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,006.16** |
|---|---|---|---|
| | **Perencal LLC**<br>**1900 Glades Road, Suite 441**<br>**Boca Raton, FL 33431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,653.91** |
|---|---|---|---|
| | **Pike Aviation**<br>**15000 NW 44th Avenue**<br>**Opa Locka, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,495.00** |
|---|---|---|---|

**Polaris Aero, LLC**
**10645 N. Oracle Road**
**Suite 121-292**
**Tucson, AZ 85737-9387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.13** |
|---|---|---|---|

**Polish Air Navigation Service Agency**
**Ul- Wiezowa 8 Poland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Port of Seattle**
**PO Box 24507**
**Seattle, WA 98124-0507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: -1525.39

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Precision Aero Technology**
**333 East Spring Street**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: -600.00

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,167.97** |
|---|---|---|---|

**Rapid Aircraft Maintenance Services**
**233 Industrial Ave**
**Hangar 3**
**Teterboro, NJ 07608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.90** |
|---|---|---|---|

**Results ebc, Inc.**
**10908 Courthouse Road**
**Suite 102-252**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,380.40** |
|---|---|---|---|

**Sarsa**
**General Anaya No. 601 PTE Belle Vista**
**Monterrey, NL Mexico  64410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,536.88** |
|---|---|---|---|

**Saudia Private Aviation Co. Ltd.**
**KKIA PO Box 2836**
**Riyadh Kingdom of Saudi Arabia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**SeaGil Software Company**
**6020 Parkway North Drive, Suite 900**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,507.84** |
|---|---|---|---|

**Seir Havana**
**PO Box 41043**
**Long Beach, CA 90853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,237.50** |
|---|---|---|---|

**SEMCO Aerospace, LLC**
**1625 Crescent Circle #309**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.72** |
|---|---|---|---|

**Service Details**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,554.11** |
|---|---|---|---|

**Service People**
**Postfach 630506**
**D-22315  Hamburg**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.72** |
|---|---|---|---|

**Sharp Details, LLC**
**3 Sugar Creek Center**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,144.48 |
|---|---|---|---|

**Sheltair Aviation Services - PMP**
1401 NE 10th Street
Pompano Beach, FL 33060

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,591.33 |
|---|---|---|---|

**Signature Flight Support**
6231 South Airpark Place
Anchorage, AK 99502

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Silver Air**
3760 State Street, Suite 101
Santa Barbara, CA 93105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,073.01 |
|---|---|---|---|

**Silver Lining**
2059 Blount Road
Pompano Beach, FL 33069

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,931.50 |
|---|---|---|---|

**SM Digital Partners**
**Congress Commerce Center**
601 North Congress Ave., Suite 430
Delray Beach, FL 33445

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**South Central Regional Airport Authority**
6003 Propeller Lane
Sellersburg, IN 47172

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.48 |
|---|---|---|---|

**Sterling Courier**
175-28 148th Avenue
Jamaica, NY 11434

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,867.50** |
|---|---|---|---|

**Stevens Aerospace and Defense Systems**
**600 Delaware Street**
**Greenville, SC 29605**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services rendered / goods supplied**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,542.23** |
|---|---|---|---|

**STS Mod Center**
**2000 NE Jensen Beach Blvd**
**Jensen Beach, FL 34957**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Tailwind Air, LLC**
**67 Tower Road**
**West Harrison, NY 10604**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,344.24** |
|---|---|---|---|

**TaskForce Red LLC**
**2200 NE 33rd Ave., Suite 14C**
**Fort Lauderdale, FL 33305**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,854.69** |
|---|---|---|---|

**The Farewell Group, Inc.**
**Bay Elliott**
**5845 SW 97th Street**
**Miami, FL 33156**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,654.93** |
|---|---|---|---|

**The Port Authority of NY & NJ**
**PO Box 95000**
**Philadelphia, PA 19195-1523**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services rendered / goods supplied**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,718.00** |
|---|---|---|---|

**Thrive Aviation (Corporate Flight Int'l)**
**1430 Jet Stream Drive Suite 120**
**Henderson, NV 89052**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**TMX America, Inc.**
**3780 St. Lucie Blvd**
**Fort Pierce, FL 34946**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$59,339.94**

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Tony Blair Institute for Global Change**
**50 Broadway**
**London, SW 1H 0BL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**Tralliant LLC**
**1600 Rosecrans Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**Transport Canada**
**Place de Ville**
**333 Sparks Street Tower C, 22nd Floor**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$107.33**

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$231.62**

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**US Dept of Transportation - FAA**
**Enforcement Division - Southern Team**
**PO Box 20636**
**Atlanta, GA 30320**

Date(s) debt was incurred _

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

| | |
|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** |

**UVair**
**1150 Gemini Street**
**Houston, TX 77058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services rendered / goods supplied**

Is the claim subject to offset? ■ No ☐ Yes

**$87,364.42**

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Van Horst General Ccontractor's LLC**
Pompano Beach Airpark
951 NE 10th Hangars 19 & 20
Pompano Beach, FL 33060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** -1129.66

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,550.96 |
| --- | --- | --- | --- |

**Vecotr - Massport**
PO Box 786231
Philadelphia, PA 19178-6231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
| --- | --- | --- | --- |

**Vector - Aspen**
PO Box 913146
Denver, CO 80291-3146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.40 |
| --- | --- | --- | --- |

**Vector-Dallas Love Field**
PO Box 206427
Dallas, TX 75320-6427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.00 |
| --- | --- | --- | --- |

**Vector-Napa County Airport**
PO Box 787061
Philadelphia, PA 19178-7061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,240.55 |
| --- | --- | --- | --- |

**VEH Accounting Services, LLC**
763 NW 42nd Place
Pompano Beach, FL 33064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
| --- | --- | --- | --- |

**Vimana Private Jets**
Maeva Tower Cnr Silcon Ave & Bank St 9th
Cybercity, Mauritius 72201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Vortechs Aviation, LLC**
**524 E. 23rd Street**
**Paterson, NJ 07514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71.00** |
|---|---|---|---|

**Wayne County Airport Authority**
**1 Detroit Metro Airport**
**Detroit, MI 48242**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$497.31** |
|---|---|---|---|

**West Star Aviation**
**#2 Airline Center East**
**East Alton, IL 62024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.60** |
|---|---|---|---|

**Winnipeg Airports Authority Inc.**
**249-2000 Wellington Ave R3H 1C2**
**Winnipeg MB**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,207.35** |
|---|---|---|---|

**Wolcott & Associates**
**5525 NW 15th Avenue, Suite 203**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services rendered / goods supplied 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$513,777.63** |
|---|---|---|---|

**World Fuel Services, Inc.**
**9800 NW 41st Street, Suite 400**
**Orlando, FL 32827**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services rendered / goods supplied 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,301.06** |
|---|---|---|---|

**World Wide Elite Aviation, LLC**
**1311 NE 10th Street**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,971.65** |
|---|---|---|---|

**Worldwide Jet Charter**
**22601 N. 17th Ave., Suite 220**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,974.81** |
|---|---|---|---|

**XO Jet, Inc.**
**2000 Sierra Point Parkway #200**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361.60** |
|---|---|---|---|

**YQB Aeroport de Quebec**
**505 Rue Principale**
**Quebec QC 02G 034 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.99** |
|---|---|---|---|

**Zoom Video Communication, Inc.**
**55 Almaden Blvd., 6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **5,228,671.97** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,228,671.97** |

Fill in this information to identify the case:

Debtor name **All In Jets, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-11831**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> **N917MS Aircraft Dry Lease and Management Agreement** | **917MS, LLC** <br> **2104 Lakehaven Point** <br> **Longwood, FL 32779** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> **N463MA - Aircraft Dry Lease and Management Agreement** | **Bernstein Aircraft Sales, LLC** <br> **655 Madison Avenue, 20th Floor** <br> **New York, NY 10065** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> **N728LB - Aircraft Dry Lease and Management Agreement** | **International Markets Live, Inc.** <br> **520 White Plains Road** <br> **Tarrytown, NY 10591** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br><br> **N118MT - Aircraft Dry Lease and Management Agreement** | **One World Aviation 118, LLC** <br> **8 The Green** <br> **Suite 100** <br> **Dover, DE 19901** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **N253LA - Aircraft Dry Lease and Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **One World Aviation 253, LLC** |
| | List the contract number of any government contract | | **8 The Green** |
| | | | **Suite 1** |
| | | | **Dover, DE 19901** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **N299MB - Aircraft Dry Lease and Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **One World Aviation 299, LLC** |
| | List the contract number of any government contract | | **8 The Green** |
| | | | **Suite A** |
| | | | **Dover, DE 19901** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for real property located at: Perencal Building 2419 E. Commercial Boulevard Suite 202 Ft. Lauderdale, FL 33308** | |
|---|---|---|---|
| | State the term remaining | | **Perencal, LLC** |
| | List the contract number of any government contract | | **5820 N. Federal Highway** |
| | | | **Boca Raton, FL 33487** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Seth Bernstein** | **655 Madison Avenue, 20th Floor New York, NY 10065** | **Perencal LLC** | ☐ D _____ ■ E/F   **3.122** ☐ G _____ |
| 2.2 | **Seth Bernstein** | **655 Madison Avenue, 20th Floor New York, NY 10065** | **World Fuel Services, Inc.** | ☐ D _____ ■ E/F   **3.171** ☐ G _____ |
| 2.3 | **Seth Bernstein** | **655 Madison Avenue, 20th Floor New York, NY 10065** | **Atlantic Aviation** | ☐ D _____ ■ E/F   **3.27** ☐ G _____ |
| 2.4 | **Seth A. Bernstein** | **655 Madison Avenue, 20th Floor New York, NY 10065** | **Perencal, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.7** |