# JetReady
## Balance Sheet
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Cash | 241,471.63 |
| **Total Checking/Savings** | 241,471.63 |
| **Accounts Receivable** | |
| 1100 · Accounts Receivable | 4,407,741.40 |
| **Total Accounts Receivable** | 4,407,741.40 |
| **Other Current Assets** | |
| 1175 · Clearing Account | 966.58 |
| 1200 · Accounts Receivable - Other | 293,935.67 |
| 1300 · Notes/Loans Receivable | 23,730.22 |
| 1400 · Prepaid Expenses | 81,247.19 |
| **Total Other Current Assets** | 399,879.66 |
| **Total Current Assets** | 5,049,092.69 |
| **Fixed Assets** | |
| 1600 · Fixed Assets | 47,012.76 |
| **Total Fixed Assets** | 47,012.76 |
| **Other Assets** | |
| 1700 · Other Assets | 54,397.57 |
| 1800 · Intangible Assets | 261,870.23 |
| **Total Other Assets** | 316,267.80 |
| **TOTAL ASSETS** | **5,412,373.25** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 3,919,440.07 |
| **Total Accounts Payable** | 3,919,440.07 |
| **Credit Cards** | |
| 2200 · Credit Cards Payable | 782,066.13 |
| **Total Credit Cards** | 782,066.13 |
| **Other Current Liabilities** | |
| 2801 · Due to Member SB | 3,453,434.70 |
| 2300 · Accrued Payroll & Benefits | 92,106.57 |
| 2400 · Taxes Payable | 665,899.93 |
| 2500 · Other Current Liabilities | 3,063,343.34 |
| 2700 · Short Term Loan/Notes Payable | 284,749.58 |
| **Total Other Current Liabilities** | 7,559,534.12 |
| **Total Current Liabilities** | 12,261,040.32 |
| **Total Liabilities** | 12,261,040.32 |

3:03 PM
09/08/20
Accrual Basis

**JetReady**
**Balance Sheet**
**As of December 31, 2019**

|  | Dec 31, 19 |
|---|---:|
| **Equity** |  |
|    **3010 · Equity - S. Bernstein** | 899,000.00 |
|    **3090 · Retained Earnings - Pre Sale** | -559,148.62 |
|    **3091 · Retained Earnings** | -1,460,621.62 |
|    **Net Income** | -5,727,896.83 |
| **Total Equity** | -6,848,667.07 |
| **TOTAL LIABILITIES & EQUITY** | **5,412,373.25** |