**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| All In Jets, LLC d/b/a JetReady, | Case No. 20-11831 (MEW) |
| Debtor. | |

**ORDER APPROVING MOTION OF APEX EXECUTIVE
JET CENTER INC. FOR ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY UNDER SECTION 362(d) OF THE BANKRUTPCY CODE**

This matter coming before the Court on the motion (the "Motion")[1] of Apex Executive Jet Center, Inc. ("Apex"), for entry of an order granting relief from the automatic stay under 11 U.S.C. § 362(d) to permit Apex to protect and enforce its rights and remedies with respect to liens that it claims to have perfected on, and claims against, the five aircraft (the "Aircraft") identified in Selbst Declaration, which is annexed as Exhibit B to the Motion; and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having found that venue of the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and counsel to debtor All In Jets, LLC (the "Debtor") having confirmed at a hearing on October 14, 2020 (the "Hearing") that the Debtor has no objection to the requested relief; and no other objection having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Apex is hereby granted relief from the automatic stay provided for under section 362(a) of the Bankruptcy Code for the purpose of exercising whatever remedies it may have as a

---
[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

lienholder under Florida and federal law with respect to the Aircraft. The Debtor shall identify the location of the three of the Aircraft that are not in Apex's possession to the extent known to the Debtor.

2. Nothing contained herein shall constitute a waiver or limitation of Apex's rights to seek any other relief in this Court.

3. Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), this Order shall not be stayed after the entry hereof and shall be effective and enforceable immediately upon its entry, and the fourteen (14) day stay provided in Bankruptcy Rules 6004(h) and 6006(d) is hereby expressly waived and shall not apply.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      October 14, 2020

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE