UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                            Chapter 11

ALL IN JETS, LLC,                                                 Case No. 20-11831 (MEW)

                              Debtor.
-----------------------------------------------------------------x

## **WITHDRAWAL OF PROOF OF CLAIM NUMBER 9**

Stevens Aerospace and Defense System, LLC, by and through its undersigned counsel, hereby withdraws its proof of claim filed in the above-captioned matter on August 25, 2020, designated as claim number 9.

Dated: November 16, 2020

                              **FOX ROTHSCHILD LLP**

                    By: */s/ Michael R. Herz*
                          Michael R. Herz
                          101 Park Avenue, 17th Floor
                          New York, NY 10178
                          Telephone: (212) 878-7900
                          E-mail: mherz@foxrothschild.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been provided on November 16, 2020 via Transmission of Notice of Electronic Filing generated through CM/ECF on all parties of record.

By: */s/ Michael R. Herz*

Dated: November 16, 2020