| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK** | Case No. 20-11831 |
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor<br>Reorganization |
| In re:<br><br>All In Jets, LLC d/b/a JetReady,<br><br>                Debtor. | |

**\*AMENDED\***
**NOTICE OF ADJOURNMENT OF AUCTION,**
**QUALIFIED BIDDERS AND REJECTION OF BIDS**

    **PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under subchapter V, chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on August 9, 2020 (the "Petition Date").

    **PLEASE TAKE FURTHER NOTICE** that on December 21, 2020, the Debtor filed a motion seeking, among other things, the entry of an order approving: (I) the sale and bidding procedures (the "Sale and Bidding Procedures") in connection with the proposed sale (the "Proposed Sale") of substantially all of the assets of the Debtor (the "Purchased Assets") to one successful bidder; (II) the Asset Purchase Agreement, Bid Protections, and the Stalking Horse Bidder; and (III) scheduling dates and deadlines in connection with confirmation of the First Amended Plan and approval of the Proposed Sale.

1

**PLEASE TAKE FURTHER NOTICE** that on February 16, 2021, this Court entered the Order (A) Approving Stalking Horse Bid, Sale and Bidding Procedures; (B) Scheduling the Bid Deadlines and the Auction; (C) Approving the Form and Manner of Notice Thereof; (D) Scheduling Hearings on Final Approval of Sale to the Winning Bidder; and (E) Granting Related Relief (the "Bid Procedures Order"). *See* Docket No. 72. The Bid Procedures Order provides March 4, 2021 at 10:00AM (EST) is the date when the Debtor will conduct an auction via Zoom with the Stalking Horse Bidder and any Qualified Bidders (the "Auction"). By agreement of the bidders and parties in interest, the Auction will be adjourned to **March 9, 2021 at 3:00PM (EST)** via Zoom.

**PLEASE TAKE FURTHER NOTICE**, the Debtor has qualified the following bidders:

(1) Aviate, LLC (Stalking Horse); and

(2) Aviation House Investments, LLC.

The Debtor did not reject any bids.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*