| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | Case No. 20-11831 |
|---|---|
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor<br>Reorganization |
| **In re:**<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>**Debtor.** | |

## WITHDRAWAL OF THE DEBTOR'S
## MOTION TO SELL PROPERTY OF THE ESTATE (Docket No. 47) AND
## CANCELLATION OF RELATED AUCTION OF ASSETS

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") hereby withdraws its motion seeking, among other things, the entry of an order approving: (I) the sale and bidding procedures (the "Sale and Bidding Procedures") in connection with the proposed sale (the "Proposed Sale") of substantially all of the assets of the Debtor (the "Purchased Assets") to one successful bidder; (II) the Asset Purchase Agreement, Bid Protections, and the Stalking Horse Bidder; and (III) scheduling dates and deadlines in connection with confirmation of the First Amended Plan and approval of the Proposed Sale (the "Sale Motion") filed on December 21, 2020 and identified as Docket Number 47. The related auction is thereby cancelled as of the filing of this Withdrawal of Motion.

1

**CIARDI, CIARDI & ASTIN**

By: */s/ Jennifer C. McEntee*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550
aciardi@ciardilaw.com
jcranston@ciardilaw.com