| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Case No. 20-11831 |
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor<br>Reorganization |
| **In re:**<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>**Debtor.** | |

## NOTICE OF STATUS CONFERENCE
### MARCH 17, 2021 AT 10:00AM (EST)

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under subchapter V, chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on August 9, 2020 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that on March 9, 2021, the Debtor withdrew the Sale Motion, filed on December 21, 2021, identified as docket number 47.

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2021, at 10:00 AM (EST) the Bankruptcy Court will hold a status conference in lieu of the previously scheduled hearing to consider the Sale Motion.

Respectfully submitted,

Albert A. Ciardi, III, Esq.
Jennifer C. McEntee, Esq.
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 557-3550
Aciardi@ciardilaw.com
Jcranston@ciardilaw.com