| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Case No. 20-11831<br><br>Judge: Michael E. Wiles |
| **In re:**<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>Debtor. | Chapter 11, Subchapter V,<br>Small Business Debtor<br>Reorganization |

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon the filing of the Notice of Presentment of the Settlement Agreement and due and proper notice of the Notice of Presentment of the Settlement Agreement having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Notice of Presentment of the Settlement Agreement being in the best interest of the Debtor's estate and creditors; and the Court having reviewed the Notice of Presentment of the Settlement Agreement and all responses; and the Court having reviewed the Notice of Presentment of the Settlement Agreement and all responses; and the Court having determined that the legal and factual bases set forth in the Notice of Presentment of the Settlement Agreement establish just cause for the relief granted therein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** the Settlement Agreement is approved as of the date of the execution of this Order by the Court (the "**Effective Date**"), which approval shall constitute authorization under Federal Rule of Bankruptcy Procedure 9019 for the Debtor to settle the Dispute on the terms provided in the Settlement Agreement; and it is further

**ORDERED** the Settlement Agreement shall constitute the entire agreement and understanding of the parties thereto relating to the resolution of the Dispute and supersedes all prior agreements and understandings relating to the Dispute; and it is further

**ORDERED** the Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Settlement Agreement.

Dated: April 16, 2021
      New York, New York

<u>**s/Michael E. Wiles**</u>
The Honorable Michael E. Wiles
United States Bankruptcy Judge