UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        :
In re                                   :      Chapter 11
                                        :
ALL IN JETS, LLC d/b/a JetReady,        :      Case No. 20-11831 (MEW)
                                        :
                          Debtor.       :
_____:

## ORDER ESTABLISHING DEADLINES AND APPROVING
## BALLOT, VOTING PROCEDURES AND NOTICE

The First Amended Plan of Reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, and a request for approval of plan voting procedures having been made to the Court; and

It having been determined, after Hearing and Notice, that the proposed voting materials and procedures comply with the provisions of the Bankruptcy Code and Rules;

It is **ORDERED,** and Notice is hereby given, that:

1.    The proposed voting procedures and the proposed voting materials, consisting of a Ballot are hereby approved.

2.    On or before **May 6, 2021 at 4:00 p.m. (EST)**, the Debtor shall file and provide the SubChapter V Trustee with a proposed Liquidating Trust Agreement pursuant to Article VI(A) of the Plan.

3.    On or before **April 16, 2021 at 5:00 p.m. (EST)**, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders, and other parties in interest copies of the following: the Plan, this Order, a Ballot, and a self-addressed envelope by which the Ballot may be returned to the Debtor's counsel.

4.    **May 6, 2021 at 4:00 p.m. (EST)** is hereby set as the last date by which

Ballots must be received in order to be considered as acceptances or rejections of the Plan. Ballots should be returned to:

> Albert A. Ciardi, III, Esquire
> Jennifer C. McEntee, Esquire
> Ciardi Ciardi & Astin
> 1905 Spruce Street
> Philadelphia, PA 19103
> Facsimile: 215-557-3551
> aciardi@ciardilaw.com
> jcranston@ciardilaw.com

so as to be received on or before **4:00 p.m. (EST) on May 6, 2021**. The Debtor may receive completed Ballots by electronic mail or facsimile. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders.

5.      In accordance with Bankruptcy Rule 3020(b)(1), **Monday, May 10, 2021 at 4:00 p.m. (EST)** is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to have been filed with the Court and served upon counsel for the Debtor at the address set forth below.

6.      The Debtor shall file its Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before **May 7, 2021**.

7.      The hearing on confirmation of the Debtor's Plan of Reorganization shall be held at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 617, on **May 13, 2021 at 10:00 a.m.**

Dated: New York, New York
        April 16, 2021

                          **s/Michael E. Wiles**
                          UNITED STATES BANKRUPTCY JUDGE