| UNITED STATES BANKRUPTCY COURT |
| SOUTHERN DISTRICT OF NEW YORK |

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550

**In re:**

**All In Jets, LLC d/b/a JetReady,**

Debtor.

Case No. 20-11831

Judge: Michael E. Wiles

Chapter 11, Subchapter V, Small Business Debtor Reorganization

## REPORT OF PLAN VOTING

All In Jets, LLC d/b/a JetReady (the "Debtor"), by and through undersigned counsel, Ciardi Ciardi & Astin, hereby reports and certifies the following as the results of the vote of creditors and equity security holders on the Debtor's Second Amended Small Business Plan (the "Plan"). All capitalized terms contained herein shall have the meanings ascribed to such terms in the Plan:

1. As to Class 2 (General Unsecured Claims), the holders of such claims are impaired under the Plan and entitled to vote. The Debtor received one (1) ACCEPTING ballot from Class 2 claimants and three (3) REJECTING ballots from Class 2 claimants. These ballots are summarized in the following table and attached hereto as **Exhibit A**.

|  | **Number of ballots** | **Percent of dollars voting** | **Amount of dollars voting** |
|---|---|---|---|
| **Accepts** | 1 | .8% | $91,347.88 |

| Rejects | 3 | 99.2% | $10,991,781.63 |
| Total | 4 | 100% | $11,083,129.51 |

2.  As to Class 3 (Interest Holders), the holders of Class 3 Claims are impaired and did not vote. The Plan proposes to cancel those interests upon Confirmation. Holders of Class 3 interests will not receive any property or be entitled to share in any disbursements under the Plan on account of such interests. Accordingly, holders of Class 3 interests are considered impaired, and are deemed not to have accepted the Plan pursuant to § 1126(g) of the Bankruptcy Code.

3.  As to Class 1 (Priority Wage Claims), holders of Class 1 claims are not impaired under the Plan and not entitled to vote to accept or reject the Plan.

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

Dated: May 7, 2021   By:   /s/ *Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(T) 215-557-3550
(F) 215-557-3551
Attorneys for Debtor and
Debtor-and-Possession

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CIARDI CIARDI & ASTIN
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550

Case No. 20-11831

Judge: Michael E. Wiles

Chapter 11, Subchapter V
Small Business Debtor Reorganization

In re:

All In Jets, LLC d/b/a JetReady,

Debtor.

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __2__ Creditor of All in Jets, LLC d/b/a JetReady in the amount of [$ __91,347.88__ ],

(check only one below)

__X__ Accepts  ____ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: __Euler Hermes agent for ASSOCIATED ENERGY GROUP, LLC (443851)__

Signature: _[signature]_

Euler Hermes, N.A.
(Print Name)

**[IF APPROPRIATE]**

By: __Halima Qayoom__

1

As: (Officer, Partner, or Authorized Representative)
Sr. Bankruptcy Specialist
(Title)
Address: 800 Red Brook Blvd., Owings Mills, MD 21117

---

**Ballots must be received on or before 4:00 p.m. (EST) on <u>May 6, 2021</u>; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com

2

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 20-11831 |
|---|---|
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |
| In re:<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>      **Debtor.** | |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

   The Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

   The undersigned, a Class __2*__ Creditor of **All in Jets, LLC d/b/a JetReady** in the amount of [$__10,000,000__ ],

(check only one below)

   _____ Accepts    __X__ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant:   Caliber Jet Charter, LLC _____

Signature: _~~~_

   Michael T. Conway
    (Print Name)

**[IF APPROPRIATE]**
    Michael T. Conway
  By: _____

1

*Classes are not properly described in Plan so by default this claim must be in Class 2.

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 20-11831 |
|---|---|
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |
| In re:<br><br>All In Jets, LLC d/b/a JetReady,<br><br>Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __2__ Creditor of **All in Jets, LLC d/b/a JetReady** in the amount of [$__504,099.98__],

**(check only one below)**

_____ Accepts    __X__ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: __Just Jets Services Inc__

Signature: __William Damm__
__William Damm its Pres.__
(Print Name)

**[IF APPROPRIATE]**

By: _____

1

(Officer, Partner, or Authorized Representative)

As: _____
    (Title)

Address: _____

**Ballots must be received on or before 4:00 p.m. (EST) on <u>May 6, 2021</u>; all Ballots must be returned to:**

    Albert A. Ciardi III, Esquire
    Jennifer C. McEntee, Esquire
    Ciardi Ciardi & Astin
    1905 Spruce Street
    Philadelphia, PA 19103
    215 557 3551 (fax)
    aciardi@ciardilaw.com
    jcranston@ciardilaw.com

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 20-11831 |
|---|---|
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |
| **In re:**<br><br>All In Jets, LLC d/b/a JetReady,<br><br>Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __2__ Creditor of **All in Jets, LLC d/b/a JetReady** in the amount of [$ 487,681.65 ],

(check only one below)

_____ Accepts   __X__ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: American Express National Bank Account Ending: 2002

Signature: _____

(Print Name)

[IF APPROPRIATE]

By: Crystal Jones Oswald, Esquire

1

(Officer, Partner, or Authorized Representative)
As: <u>Attorneys/Agent for Creditor</u>
(Title)
Address: <u>c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355</u>

**Ballots must be received on or before 4:00 p.m. (EST) on <u>May 6, 2021</u>; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com