**From:** Conway, Michael <michael.conway@offitkurman.com>
**Sent:** Monday, March 29, 2021 4:38 PM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>
**Cc:** Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: Emailing: GL Workboook 2019-2020

Just following up on the below…



**Michael Conway**
Principal
D  929.476.0041
M  917.242.1597
michael.conway@offitkurman.com



590 Madison Ave.
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com



---

**From:** Conway, Michael <michael.conway@offitkurman.com>
**Sent:** Wednesday, March 17, 2021 4:41 PM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>
**Cc:** Jennifer McEntee <JCranston@ciardilaw.com>
**Subject:** RE: Emailing: GL Workboook 2019-2020

So I'm finally back at work. On this last document you sent, it is labeled 2019-2020, but it is really 2018-2019. This is another reason we need the QuickBooks information (another reason is that the Excel files truncate notes and don't allow us to review "splits").

In addition, please provide the following:

Financial:

Balance Sheets
Income Statements
Statement of Cash Flows
Statements of Shareholder Equity
Seth Bernstein or related entity credit card statements to he extend used to pay All in Jets expenses
Supporting QuickBooks files

Part 35 Certificate ("Certificate"):

All documents relating to the issuance of the Certificate including, without limitation the US DOT FAA Operational Specifics for All in Jets
Management Agreement Contracts for all Aircraft related to all aircraft flown under the Certificate
Specifics of all flights flown (including flight logs and passenger manifests) by tail number of all aircraft flown under the Certificate, and aircraft subcontracted
Subcontractor agreements related to all aircraft flown under the Certificate
Aircraft owner agreements related to all aircraft flown under the Certificate
Third party revenue sharing agreements related to all aircraft flown under the Certificate
Detail on allocation of costs across aircraft related to all aircraft flown under the Certificate
Details concerning owner trips referenced related to all aircraft flown under the Certificate
Detail maintenance revenue and cost allocation related to all aircraft flown under the Certificate
Management fees paid or due related to all aircraft flown under the Certificate

Thanks,

Mike



**Michael Conway**

Principal
D  929.476.0041
M  917.242.1597
michael.conway@offitkurman.com



590 Madison Ave.
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com



-----Original Message-----
From: Albert A. Ciardi III <Aciardi@ciardilaw.com>
Sent: Wednesday, March 10, 2021 8:26 AM
To: Conway, Michael <michael.conway@offitkurman.com>
Cc: Jennifer McEntee <JCranston@ciardilaw.com>
Subject: Emailing: GL Workboook 2019-2020

Mike

This was supposed to be included in what you were already sent.

Al


Your message is ready to be sent with the following file or link attachments:

GL Workboook 2019-2020 Di

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.