| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | Case No. 20-11831 |
|---|---|
| In re:<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>**Debtor.** | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V,<br>Small Business Debtor Reorganization |

**ORDER PURSUANT TO 11 U.S.C. §1127(a)
AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 3019 AND 9006(b)(1)
APPROVING THE MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION
TO MODIFY AND AMEND THE PLAN OF REORGANIZATION AND ALLOWING
CREDITORS TO CHANGE BALLOTS AND PERMITTING LATE BALLOTS**

THIS MATTER having been brought before this Court upon the Debtor's motion for the entry of an order pursuant to 11 U.S.C. §1127(a) and Federal Rules of Bankruptcy Procedure 3019 and 9006(b)(1) modifying and amending the third amended plan of reorganization, allowing creditors to change their vote, and permitting late ballots (the "Motion")[1] and for good cause shown, it is **ORDERED** as follows:

1. The Motion is GRANTED in part.

2. The Plan to be considered for confirmation is the Fifth Amended Plan filed on October 5, 2021. *See* Docket No. 134.

3. The Debtor shall serve the Fifth Amended Plan, this Order and a ballot upon all creditors by October 6, 2021. All creditors shall be entitled to vote, regardless of whether they voted with respect to prior plan proposals, and all creditors who wish their votes to be counted should return new ballots.

4. The Debtor may accept ballots if received on or before October 27, 2021 by 5:00 p.m. (EST).

---

[1] All capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

5. Objections to Confirmation of the Debtor's Fifth Amended Plan are due on or before October 27, 2021.

6. The Debtor shall file a report of plan voting on or before November 1, 2021 at 5:00 p.m. (EST).

7. A Confirmation Hearing on the Debtor's Fifth Amended Plan shall be held on November 3, 2021 at 10:00 a.m. (EST).

Dated: October 6, 2021
New York, New York

                                          **s/Michael E. Wiles**
                                          UNITED STATES BANKRUPTCY JUDGE