| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Case No. 20-11831<br><br>Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V, Small Business Debtor Reorganization |
| In re:<br><br>All In Jets, LLC d/b/a JetReady,<br><br>Debtor. | |

## REPORT OF PLAN VOTING

All In Jets, LLC d/b/a JetReady (the "Debtor"), by and through undersigned counsel, Ciardi Ciardi & Astin, hereby reports and certifies the following as the results of the vote of creditors and equity security holders on the Debtor's Fifth Amended Small Business Plan (the "Plan"). All capitalized terms contained herein shall have the meanings ascribed to such terms in the Plan:

1. As to Class 2 (General Unsecured Claims), the holders of such claims are impaired under the Plan and entitled to vote. The Debtor received four (4) ACCEPTING ballots from Class 2 claimants. These ballots are summarized in the following table and attached hereto as **Exhibit A**.

|  | Number of ballots | Percent of dollars voting | Amount of dollars voting |
|---|---|---|---|

| Accepts | 4[1] | 100% | $852,003.93 |
|---|---|---|---|
| Rejects | 0 | 0% | $0.00 |
| Total | 4 | 100% | $852,003.93 |

2. As to Class 3 (Interest Holders), the holders of Class 3 Claims are impaired and did not vote. The Plan proposes to cancel those interests upon Confirmation. Holders of Class 3 interests will not receive any property or be entitled to share in any disbursements under the Plan on account of such interests. Accordingly, holders of Class 3 interests are considered impaired, and are deemed not to have accepted the Plan pursuant to § 1126(g) of the Bankruptcy Code.

3. As to Class 1 (Priority Wage Claims), holders of Class 1 claims are not impaired under the Plan and not entitled to vote to accept or reject the Plan. However, the Debtor received one ACCEPTING ballot from a holder of a priority wage claim in the amount of $1,269.97. This Class 1 ballot is attached hereto as **Exhibit B**.

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

Dated: November 1, 2021     By:    */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(T) 215-557-3550
(F) 215-557-3551
Attorneys for Debtor and
Debtor-and-Possession

---

[1] This number includes the Amended Accepting Ballot from American Express National Bank. On October 27, 2021, the Debtor received a Rejecting Ballot from this creditor. However, after discussions with the Sub-Chapter V Trustee and counsel for the Debtor, this creditor determined it was in its best interest to submit an amended ballot, accepting the Plan, for the Debtor's use at confirmation and the Court's consideration. Both the initial rejecting ballot and the amended accepting ballot are attached hereto as part of Exhibit A so that the Court and all parties in interest may consider the timeline provided by the Debtor and consider the Amended Ballot in support of confirmation of the Plan.

# EXHIBIT A

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>**CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550<br><br>In re:<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>Debtor. | Case No. 20-11831<br><br>Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |

Amended

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Fifth Amended Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __3__ Creditor of **All In Jets, LLC d/b/a JetReady** in the amount of [$ __487,681.65__ ],

(check only one below)

__X__ Accepts    ____ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: __American Express National Bank Account Ending: 2002__

Signature: _[signature] Dawn S Gorman for Crystal Jones Oswald_

November 1, 2021
    (Print Name)

**[IF APPROPRIATE]**

By: __Crystal Jones Oswald, Esquire__

1

20-11831-mew    Doc 136    Filed 11/01/21    Entered 11/01/21 16:27:22    Main Document
Pg 5 of 15

(Officer, Partner, or Authorized Representative)
As: _Attorneys/Agent for Creditor_
(Title)
Address: _c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355_

**Ballots must be received on or before 4:00 p.m. (EST) on October 27, 2021; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Case No. 20-11831 |
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |
| In re:<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Fifth Amended Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __3__ Creditor of **All in Jets, LLC d/b/a JetReady** in the amount of [$__487,681.65__],

**(check only one below)**

____ Accepts    __X__ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant:   American Express National Bank Account Ending: 2002

Signature: _____

October 25, 2021

(Print Name)

**[IF APPROPRIATE]**

By: __Crystal Jones Oswald, Esquire__

1

(Officer, Partner, or Authorized Representative)
As: Attorneys/Agent for Creditor
(Title)
Address: c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355

**Ballots must be received on or before 4:00 p.m. (EST) on <u>October 27, 2021</u>; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550<br><br>In re:<br><br>All In Jets, LLC d/b/a JetReady,<br><br>Debtor. | Case No. 20-11831<br><br>Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Fifth Amended Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __3__ Creditor of All In Jets, LLC d/b/a JetReady in the amount of [$ _254,084.98_ ].

**(check only one below)**

__X__ Accepts    ____ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: _Just Jets Services Inc_

Signature: _William Damm  Pres_

_William Damm_
(Print Name)

**[IF APPROPRIATE]**

By: _William Damm_

1

(Officer, Partner, or Authorized Representative)

As: _Pres._

(Title)

Address: _4061 Bermuda Grove Place_

_Longwood FL 32779_

**Ballots must be received on or before 4:00 p.m. (EST) on <u>October 27, 2021</u>; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 20-11831 |
| CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |
| In re:<br><br>All In Jets, LLC d/b/a JetReady,<br><br>Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Fifth Amended Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __2__ Creditor of All in Jets, LLC d/b/a JetReady in the amount of [$ __9,347.88__ ],

(check only one below)

__X__ Accepts    ____ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: __Euler Hermes agent for Associated energy Group__

Signature: __[signature]__

__Euler Hermes, N.A.__
(Print Name)

[IF APPROPRIATE]

By: __Halima Qayoom__

1

As: _Sr. Bankruptcy Specialist_
(Officer, Partner, or Authorized Representative)
(Title)
Address: _800 Red Brook Blvd. 400C_
_Owings Mills MD 21117_

**Ballots must be received on or before 4:00 p.m. (EST) on <u>October 27, 2021</u>; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com

2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>**CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550<br><br>In re:<br><br>**All In Jets, LLC d/b/a JetReady,**<br><br>Debtor. | Case No. 20-11831<br><br>Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Fifth Amended Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class __3__ Creditor of **All in Jets, LLC d/b/a JetReady** in the amount of [$ __18,889.42__ ],

(**check only one below**)

__X__ Accepts ____ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: __Compressed Gas Systems, LLC__

Signature: _[signature]_

__Jennifer Evans__
(Print Name)

[IF APPROPRIATE]

By: _____

1

As: **CFO**
(Officer, Partner, or Authorized Representative)
(Title)
Address: **10650 Humbolt St. Los Alamitos, CA 90720**

**Ballots must be received on or before 4:00 p.m. (EST) on October 27, 2021; all Ballots must be returned to:**

Albert A. Ciardi III, Esquire
Jennifer C. McEntee, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
215 557 3551 (fax)
aciardi@ciardilaw.com
jcranston@ciardilaw.com

2

# EXHIBIT B

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Case No. 20-11831 |
| **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Jennifer C. McEntee, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(215) 557-3550 | Judge: Michael E. Wiles<br><br>Chapter 11, Subchapter V<br>Small Business Debtor Reorganization |
| In re:<br><br>All In Jets, LLC d/b/a JetReady,<br><br>Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

The Fifth Amended Plan of Reorganization proposed by the Debtor (the "Plan") which is referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless, confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Code. To have your vote count, you must complete and return this ballot.

**YOU MUST COMPLETE AND RETURN THIS BALLOT TO HAVE YOU VOTE COUNT.**

The undersigned, a Class _Priority_ Creditor of **All in Jets, LLC d/b/a JetReady** in the amount of [$ _1262.91_ ], _Wage_

(check only one below)

___✓___ Accepts   _____ Rejects the Plan proposed by the Debtor.

Print or type name(s) of Claimant: _Lesli Litt_

Signature: _Lesli Litt_

(Print Name)

**[IF APPROPRIATE]**

By: _____

1