UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      :
                                                           :  Case No. 20-11831-mew
All In Jets, LLC,                                          :
                                                           :
Debtor.                                                    :  Chapter 11
                                                           :
---------------------------------------------------------- x

# NOTICE OF WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION FOR AN ORDER CONVERTING THIS CASE TO A CASE UNDER CHAPTER 7

**PLEASE TAKE NOTICE** that on August 13, 2021, William K. Harrington, the United States Trustee for Region 2 ("**United States Trustee**"), through counsel, filed a motion for an order converting this Chapter 11 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(b) and for such other further relief that the Court deems appropriate (the "**Motion**"). ECF No. 120.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee hereby withdraws the Motion.

Dated: November 3, 2021
       New York, New York

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                By:   */s/ Shannon Anne Scott*
                      Shannon Anne Scott, Esq.
                      Trial Attorney
                      Office of the United States Trustee
                      201 Varick Street, Suite 1006
                      New York, New York 10014
                      Tel. No. (212) 510-0500
                      Fax. No. (212) 668-2361