**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire
Jennifer Cranston McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550
aciardi@ciardilaw.com
jcranston@ciardilaw.com

**In re:**

**All In Jets, LLC d/b/a JetReady,**

**Debtor.**

Case No.: 20-11831
Judge: MEW
Chapter: 11

## CERTIFICATE OF SERVICE

I, Jennifer C. McEntee, Esquire, hereby certify that on the 10th day of November, 2021, I caused to be served a true and correct copy of the: *(i) Order Confirming Fifth Amended Plan Proposed by All in Jets, LLC d/b/a JetReady ; and (ii) Notice of Hearing on the Second Interim and Final Application of Ciardi Ciardi & Astin for Compensation of Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor-in-Possession for the Period of March 1, 2021 Through November 8, 2021, Notice of Hearing on the First Interim and Final Application of Plotzker & Agarwal, CPA, as Accountants to the Subchapter V Trustee for the Period of January 28, 2021 Through November 3, 2021, and Notice of Hearing on the First Interim and Final Application of Yann Geron as Subchapter V Trustee for the Period of August 10, 2020 Through November 3, 2021* upon all creditors and parties-in-interest as listed on the attached Service List via U.S. First Class Mail, postage prepaid.

CIARDI CIARDI & ASTIN

By: */s/ Jennifer C. McEntee*

*All In Jets, LLC d/b/a JetReady*
*Chapter 11*
*Bankruptcy No. 20-11831(MEW)*

## *Rule 2002 Notice Parties and the Office of the U.S. Trustee*

Aviate Jet Group, LLC
c/o Matthew Winer
1680 Michigan Avenue
Suite 101
Miami Beach, FL 33139

D. Brett Marks, Esquire
Akerman, LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL 33301

**CAE North East Training, Inc.**
**CAE SimuFlite, Inc.**
c/o Richard R. Shiarella, Esquire
Northeast Training Center
4 Apollo Drive
Whippany, NJ 07981

**CAE North East Training, Inc.**
**CAE SimuFlite, Inc.**
c/o Andrew Rosenblatt, Esquire
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

**Just Jets Services, Inc.**
c/o Howard J. Bernam, Esquire
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105

**Jets Services, Inc.**
c/o Bill Damm
4250 Execuair St. (KMCO)
Orlando, FL 32827

**G-OPS and G-OPS Europe**
c/o Mark S. Lichtenstein, Esquire
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020

**Apex Executive Jet Center, Inc.**
c/o Stephen B. Selbst, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

**UJM I, LLC**
c/o Jeffrey T. Kucera, Esquire
K&L Gates LLP
Southeast Financial Center – Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399

**Atlantic Aviation FBO Inc.**
c/o Joseph E. Bain, Esquire
Jones Walker LLP
350 5th Avenue, Suite 5200
New York, NY 10118

**AmTrust North America Inc.**
**Technology Insurance Company, Inc.**
c/o Thomas R. Dominczyk, Esquire
Maurice Wutscher LLP
5 Walter E. Foran Boulevard, Suite 2007
Flemington, NJ 08822

**Yann Geron, SubChapter V Trustee**
Geron Legal Advisors LLC
370 Lexington Avenue
Suite 1101
New York, NY 10017

**Office of the U.S. Trustee**
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY 10014

**Shannon Anne Scott, Esquire**
Office of the U.S. Trustee
201 Varick Street
Suite 1006
New York, NY 10014

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Caliber Jet Charter, LLC/Nathan Raciborski**
c/o Michael T. Conway, Esquire
Offit Kurman P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022

**Aviation House Investments, LLC**
c/o Steven Jay Cohen, Esquire
Wachtel Missry LLP
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, NY 10017

## *All Creditors and Parties in Interest*

917MS, LLC
2104 Lakehaven Point
Longwood, FL 32779

ABC Amega
500 Seneca Street, Suite 400
Buffalo, NY 14204-1963

Advanced Airmanship
PO Box 12
Johns Island, SC 29457

AEG Fuels
701 Waterfird Way, Suite 490
Miami, FL 33126

AeroGeek Aviation
2125 Center Avenue
Suite 110
Fort Lee, NJ 07024

AIA Corporation
222 W. College Ave., 9th Floor
Appleton, WI 54911

Air Bear Aviation
9A Lafayette Road #3
US Route 1
North Hampton, NH 03862

ARINC Direct
2551 Riva Road
Annapolis, MD 21401

AirlineCert. LLC
3812 Sepulveda Blvd., Ste 410
Torrance, CA 90505

Air Culinaire Worldwide, LLC
5830 W. Cypress Street
Suite B and C
Tampa, FL 33607

Air X America
5525 NW 15th Ave, Suite 202
Fort Lauderdale, FL 33309

Aircare International Ltd
401 East 25 St., Suite H
Tacoma, WA 98421

American Public Life Insurance Co.
Dept 1613
PO Box 11407
Birmingham, AL 35246-1613

AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114

Analar Corporation
41 Airpark Road
Princeton, NJ 08540

Anastasha Ferrante
241 NE 38th St, Unit C116
Fort Lauderdale, FL 33334

Apex Executive Jet Center
140 S. Apollo Blvd
Melbourne, FL 32901

ARGUS International Inc.
4240 Airport Road, Suite 300
Cincinnati, OH 45226

AT&T
PO Box 536216
Atlanta, GA 30353

AT&T Jet
7007 Boeing Drive
El Paso, TX 79925

Atlantic Aviation
5201 Tennyson Parkway Suite 150
Plano, TX 75024

Aviall Services, Inc.
PO Box 842267
Dallas, TX 75284-2267

Avinode, Inc.
444 Brickell Ave, Suite 950
Miami, FL 33131

Akron-Canton Airport
5400 Lauby Road
North Canton, OH 44720

Avion Insurance Agency, Inc.
1307 South International Parkway
Suite 1071
Lake Mary, FL 32746

Bernstein Aircraft Sales, LLC
655 Madison Avenue, 20th Floor
New York, NY 10065

Big Sky Aviation, Inc.
1516 Perimeter Road
West Palm Beach, FL 33406

Boca Aircraft Maintenance
3300 Airport Road
Hangar 2, Suite 121
Boca Raton, FL 33431

Boeing Distribution Services, Inc.
88289 Expedite Way
Chicago, IL 60695

CAE Simuflite, Inc.
PO Box 619119
2929 W. Airfiled Drive
Dallas, TX 75261

Broad Street Bullies, Inc.
18600 Rosita Street
Tarzana, CA 91356

Broward County Tax Collector
115 S. Andres Ave #100
Fort Lauderdale, FL 33301

CAMP Systems International Inc.
Dept CH 19788
Palatine, IL 60055-9788

CRS Jet Spares
6701 NW 12th Avenue
Fort Lauderdale, FL 33309

Dallas Airmotive, Inc.
PO Box 402458
Atlanta, GA 30384-2458

CE Avionics, Inc
Orlando Sanford International Airport
2789 Flightline Avenue
Sanford, FL 32773-8740

Century Jets, LLC
3028 Travid Pond Road
Williamsburg, VA 23185

Compressed Gas Systems, LLC
10650 Humbolt Street
Los Alamitos, CA 90720

City of Westfield
110 Airport Road, Suite 206
Westfield, MA 01085

Cleveland Airport System
Bank of New York Mellon Trust
PO Box 70275
Cleveland, OH 44190-0275

County Welding Equipment Co
1701 North Poweline Road
Pompano Beach, FL 33069-1624

Constant Aviation
18601 Cleveland Parkway
Cleveland, OH 44135

Cosgrove Aircraft Service, Inc.
70 Oser Avenue
Hauppauge, NY 11788

Duncan Aviation, Inc.
PO Box 956153
Saint Louis, MO 63195-6153

DM Airports, LTD
Morristown Municipal Airport
8 Airport Road
Morristown, NJ 07960

Dumont Aircraft Charter, LLC
2000 Brett Road
New Castle, DE 19720

Federal Aviation Administration
PO Box 25770
Oklahoma City, OK 73125

East Coast Aircraft Painting, Inc.
2007 Industrial Drive
Deland, FL 32724

Elite Air, Inc.
100 N. 2nd Avenue South, Suite 707
Saint Petersburg, FL 33701

Flightpath Aviation Services, Inc.
2103 American Flyer Way
Brooksville, FL 34604

Flightdocs, Inc.
27598 Riverview Center Blvd
Bonita Springs, FL 34134

G.W. Taylor
2000 NW 33rd Court
Fort Lauderdale, FL 33309

GE Flight Efficiency Services
400 W 15th Street
Austin, TX 78701

Gama Aviation (Engineering), Inc.
1815 NW 51st Place, 2nd Floor
Fort Lauderdale, FL 33309

Gulfstream
500 Gulfstream Road
PO Box 730349
Savannah, GA

| | | |
|---|---|---|
| Go Rentals<br>160 Aviation Drive N<br>Naples, FL 34104 | GoGo Air<br>105 Edgeview Drive, Suite 300<br>Broomfield, CO 80021 | Jarvis & Associates, P.A.<br>1550 Madruga Avenue Suite 220<br>Miami, FL 33146 |
| HCM Marketing, LLC<br>5568 Fox Hollow Drive<br>Boca Raton, FL 33486 | Honeywell Aerospace<br>21380 Network Place<br>Chicago, IL 60673 | InCorp Services, Inc.<br>3773 Howard Hughes Parkway Suite 500<br>Las Vegas, NV 89169 |
| Hathaway Pilot Service<br>3188 Lake Shore Drive Lot 5<br>Hallandale, FL 33009 | Immaculate Flight LLC<br>3677 Sysco Court<br>Grand Rapids, MI 49512 | Jackson County Airport Authority<br>1000 Terminal Loop Parkway, Suite 201<br>Medford, OR 97504 |
| International Markets Live, Inc.<br>45 Rockefeller Plaza #2000<br>New York, NY 10111 | IPFS<br>P.O. Box 730223<br>Dallas, TX 75373-0223 | Jet Tech, LTD<br>438 Columbia Road<br>Thousand Oaks, CA 91360 |
| Jeppesen Sanderson, Inc.<br>55 Inverness Drive East<br>Englewood, CO 80112-5498 | Jet Aviation<br>16644 Roscoe Blvd<br>Van Nuys, CA 91406 | Jive Communications, Inc.<br>PO Box 412252<br>Boston, MA 02241-2252 |
| Jetex, LLC<br>2730 US 1 South, Suite E<br>Saint Augustine, FL 32086-6334 | JetRight<br>801 Hangar Lane<br>Hangar 9<br>Nashville, TN 37217 | King County International Airport<br>7277 Perimeter Road S<br>Seattle, WA 98108-3844 |
| John Scotto<br>870 5th Avenue Apt 5H<br>New York, NY 10065 | Just Jets Services, Inc<br>4250 Execuair Street<br>Orlando, FL 32827 | Lee County Port Authority<br>11000 Terminal Access Road, Suite 8671<br>Fort Myers, FL 33913 |
| Lesli Litt<br>2601 S. Ocean Blvd, Apt. 3<br>Boca Raton, FL 33432 | Law Offices of Yodice Associates<br>12505 Park Potomac Avenue<br>#600<br>Potomac, MD 20854 | March Aviation, Inc.<br>3763 Enterprise Ave<br>Naples, FL 34104 |
| NY State Dept of Transportation<br>7150 Republic Airport Room 216<br>Farmingdale, NY 11735 | Level 8 Private Dining, LLC<br>101 Railroad Avenue<br>Hackensack, NJ 07601 | Mike's Pro Detailing, Inc.<br>1116 Dunad Ave<br>Opa Locka, FL 33054 |

Michael Cetrulo
72 Howe Lance
Freehold, NJ 07728

Microsoft
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Nantucket Memorial Airport
14 Airport Road
Unit 1 02554
Nantucket, MA 02554

Morristown Municipal Airport
8 Airport Road
Morristown, NJ 07960

My Jet Saver, LLC
14970 NW 42 Avenue
Suite 45-20
Opa Locka, FL 33054

One World Aviation 118, LLC
8 The Green
Suite 100
Dover, DE 19901

NataCS.aero
9400 Gateway Drive, Suite D
Reno, NV 89520

National Aero Stands, LLC
500 W 5th Street, Suite 1010
Austin, TX 78701

Ovation Travel Group, Inc.
Corporate Headquarters
666 Third Avenue
New York, NY 10017

One World Aviation 253, LLC
8 The Green - Suite 1
Dover, DE 19901

One World Aviation 299, LLC
8 The Green - Suite A
Dover, DE 19901

Paragon Jets, LLC
101 Charles Lindbhergh Drive Suite 204
Teterboro, NJ 07608

Paine Field
Business Office
10108 32nd Ave, Suite J
Everett, WA 98204

Pangborn Flight Center
3764 Airport Way East
East Wenatchee, WA 98802

Perencal, LLC
c/o Steven Serle, Esquire
5820 N. Federal Highway
Boca Raton, FL 33487-3348

Pegasus Elite Aviation, Inc.
7943 Woodley Ave
Van Nuys, CA 91406

Perencal LLC
1900 Glades Road, Suite 441
Boca Raton, FL 33431

Port of Seattle
PO Box 24507
Seattle, WA 98124-0507

Polaris Aero, LLC
10645 N. Oracle Road
Suite 121-292
Tucson, AZ 85737-9387

Rapid Aircraft Maintenance Services
233 Industrial Ave -- Hangar 3
Teterboro, NJ 07608

Precision Aero Technology
333 East Spring Street
Long Beach, CA 90806

SeaGil Software Company
6020 Parkway North Drive, Suite 900
Cumming, GA 30040

Seth A. Bernstein
655 Madison Avenue, 20th Floor
New York, NY 10065

Seir Havana
PO Box 41043
Long Beach, CA 90853

SEMCO Aerospace, LLC
1625 Crescent Circle #309
Carrollton, TX 75006

| | | |
|---|---|---|
| Seth Bernstein<br>655 Madison Avenue, 20th Floor<br>New York, NY 10065 | Sharp Details, LLC<br>3 Sugar Creek Center<br>Sugar Land, TX 77478 | Sheltair Aviation Services - PMP<br>1401 NE 10th Street<br>Pompano Beach, FL 33060 |
| Signature Flight Support CHQ<br>c/o Signature Aviation<br>13485 Veterans Way, Suite 600<br>Orlando, FL 32827 | Silver Air<br>3760 State Street, Suite 101<br>Santa Barbara, CA 93105 | Silver Lining<br>2059 Blount Road<br>Pompano Beach, FL 33069 |
| SM Digital Partners<br>Congress Commerce Center<br>601 North Congress Ave., Suite 430<br>Delray Beach, FL 33445 | South Central Regional Airport Authority<br>6003 Propeller Lane<br>Sellersburg, IN 47172 | Sterling Courier<br>175-28 148th Avenue<br>Jamaica, NY 11434 |
| Stevens Aerospace and Defense System, LLC<br>c/o M. Kevin McCarrell, Esquire<br>Fox Rothschild LLP<br>2 West Washington Street, Suite 1100<br>Greenville, SC 29601-2960 | STS Mod Center<br>2000 NE Jensen Beach Blvd<br>Jensen Beach, FL 34957 | Tailwind Air, LLC<br>67 Tower Road<br>West Harrison, NY 10604 |
| TaskForce Red LLC<br>2200 NE 33rd Avenue - Suite 14C<br>Fort Lauderdale, FL 33305 | The Farewell Group, Inc.<br>Bay Elliott<br>5845 SW 97th Street<br>Miami, FL 33156 | The Port Authority of NY & NJ<br>PO Box 95000<br>Philadelphia, PA 19195-1523 |
| Thrive Aviation (Corporate Flight Int'l)<br>1430 Jet Stream Drive Suite 120<br>Henderson, NV 89052 | TMX America, Inc.<br>3780 St. Lucie Blvd<br>Fort Pierce, FL 34946 | Tralliant LLC<br>1600 Rosecrans Ave<br>Manhattan Beach, CA 90266 |
| US Dept of Transportation - FAA<br>Enforcement Division - Southern Team<br>PO Box 20636<br>Atlanta, GA 30320 | UVair<br>1150 Gemini Street<br>Houston, TX 77058 | Van Horst General Ccontractor's LLC<br>Pompano Beach Airpark<br>951 NE 10th Hangars 19 & 20<br>Pompano Beach, FL 33060 |
| Vecotr - Massport<br>PO Box 786231<br>Philadelphia, PA 19178-6231 | Vector - Aspen<br>PO Box 913146<br>Denver, CO 80291-3146 | Vector-Dallas Love Field<br>PO Box 206427<br>Dallas, TX 75320-6427 |
| Vector-Napa County Airport<br>PO Box 787061<br>Philadelphia, PA 19178-7061 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | Vortechs Aviation, LLC<br>524 E. 23rd Street<br>Paterson, NJ 07514 |

West Star Aviation
#2 Airline Center East
East Alton, IL 62024

Austin Richard Post
c/o Stanton L. Stein, Esquire
Russ, August, & Kabat
12424 Wiltshire Boulevard, 12th Floor
Los Angeles, CA 90025

World Wide Elite Aviation, LLC
1311 NE 10th Street
Pompano Beach, FL 33060

Wolcott & Associates
5525 NW 15th Avenue, Suite 203
Fort Lauderdale, FL 33309

World Fuel Services Corporation
9800 NW 41st Street
Miami, FL 33178

Worldwide Jet Charter
22601 N. 17th Ave., Suite 220
Phoenix, AZ 85027

XO Jet, Inc.
2000 Sierra Point Parkway #200
Brisbane, CA 94005

Zoom Video Communication, Inc.
55 Almaden Blvd., 6th Floor
San Jose, CA 95113

## *Claimants*

James J. Walker
3260 Delray Bay Drive
Apt. 509
Delray Beach, FL 33483

Jan Derrick Lynch
399 SW Ashby Lane
Palm City, FL 34990-1761

Diana Joyner
2803 N. Course Drive
Apt. 103
Pompano Beach, FL 33069

Erin Melder
1371 SE 3rd Avenue
Pompano Beach, FL 33060

Ryan Salazar
21040 Pacific City Circle
Unit #4222
Huntingdon Beach, CA 92648

Piotr Kotlinski
92 Union Avenue
Garfield, NJ 07026

Associated Energy Group, LLC
Attn: Heather Ries, Esquire
Fox Rothschild LLP
777 S. Flager Drive, Suite 1700 West Tower
West Palm Beach, FL 33401

AmTrust North America, Inc.
Technology Insurance Company, Inc.
c/o Maurice Wutscher LLP
23611 Chagrin Boulevard, Suite 207
Beachwood, OH 44122

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Euler Hermes, N.A. as Agent for Associated
Energy Group
800 Red Brook Boulevard, #400C
Owings Mills, MD 21117

First Bank of the Lake
1088 N. Church Street
Greenville, SC 29601

State of Florida
Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Jetex FZE, A United Arab Emirates Company
14200 NW 42nd Avenue, Suite 801
Hangar 8 Suite 1
Opa Locka, FL 33054

NYS Department of Labor
State Campus
Building 12 Room 256
Albany, NY 12240

JPMorgan Chase Bank, N.A. s/b/m/t
Chase Bank USA, N.A.
P.O. Box 9013
Addison, TX 75001

The Port Authority of New York and New Jersey
4 WTC
150 Greenwich Street
24th Floor
New York, NY 10007

## *International Service Creditors*

YQB Aeroport de Quebec
505 Rue Principale
Quebec QC 02G 034 Canada

Winnipeg Airports Authority Inc.
249-2000 Wellington Ave R3H 1C2
Winnipeg MB

Vimana Private Jets
Maeva Tower Cnr Silcon Ave & Bank St 9th
Cybercity, Mauritius 72201

Tony Blair Institute for Global Change
50 Broadway
London, SW 1H 0BL

Jamaica Civil Aviation Authority
The Accounts Dept
4 Winchester Road Kingston 10 Jamica

ETS.aero
Hangar 7 Fairey's Way
Manchester Airport, M90 5NE

DFS Deutsche Flugsicherung
AM DFS-Campus
10 63225 Langen Germany

APOGEE
DXB International Airport
Building 4EA 332
Dubai, UAE

General Civil Aviation Authority
PO BOx 6558
Abu Dhabi United Arab Emirates

G-Ops
188 Rue de Chardonnerets
95700 Roissy-en-France

Eurocontrol
Directorate Central Route Charges Office/Finance
96-Rue de la Fusee
Brussels, Belgium 1130

EuroJet Intercontinental Limited
12 Mount Havelock Doughlas
Isle of Man IM1 2QG

ASMCORP
Codigo Postal 64000 Miguel
Hidalgo PTE #82 Numero Interior 14
Monterrey Centro

Aeronautical Telecommunications Ltd.
1 Braemar Avenue
Kingston 10 Jamica

Aeroports de Paris
14 Rue Lous Bleriot - Batiment 549
CS 90052-94551
Orly Aerogare Cedex France

Avinor AS
Postboks 150
NO-2061 Gardermoen

Bombardier
PO Box 6087
Station Centre-Ville
Montreal, Qc H3C 3G9 Canada

CANAS
PO Box 2163, National Mail Centre
Golden Grove Road, Piarco

Chartright
2450 Derry Road East, Hangar 6
Mississauga Ontario L5S 1B2 Canada

Transport Canada
Place de Ville
333 Sparks Street Tower C, 22nd Floor

Guyana Civil Aviation Authority
73 High Street
Georgetown, Guyana

NAV Canada
77 rue Metcalfe Street
Ottawa On K1P 5L6, Canada

Hamilton International Airport
9300 Airport Road, Suite 2206
Mount Hop On L0R 1W0   Canada

Polish Air Navigation Service Agency
Ul- Wiezowa 8 Poland

NATS
Citypoint, 2nd Floor 65
Haymarket Terrace Edinburgh EH12 5HD

Service People
Postfach 630506
D-22315  Hamburg

Saudia Private Aviation Co. Ltd.
KKIA PO Box 2836
Riyadh Kingdom of Saudi Arabia

FlyEasy Corp
340 King Street East, 2nd Floor
Toronto, ON  M5A 1KB

Landvetter Jet Center
Hangarvagen 6A SE-438 70
Landvetter, Sweden

Execujet
Execujet Australasia
PO Box 205, Mascot NSW 1460

Japan Aviation Services
K-2 Bldg, 1-7-1 Haneda Airport Ota-ku
Tokoyo 144-0041 Japan

Etablissement National De la Navigation
Avenue de Independance
Alger 16000 Algeria

FSUE 'State ATM Corporation
37/7 Leningradsky prospekt
Moscow, Russia 125993

ICCS
Ave Sante Ave, 505 Piso 20 Col. Cruz
Manca Santa Fe 05349 Mexico DF

Sarsa
General Anaya No. 601 PTE Belle Vista
Monterrey, NL Mexico  64410

Flight Consulting Group
Charalampou Mouskou 20 ABC Business Cent
Off 101 Paphos Cyrpus, PC  8010

AJAS Limited
Norman Manley International Airport
Kingston, Jamica
**(returned, unclaimed)**

Atiki's Flight Catering
1360 University Ave W 104
PO Box 340
Saint Paul, MN 55104
**(return to sender unable to forward)**

Pike Aviation
15000 NW 44th Avenue
Opa-locka, FL 33054
**(return to sender unable to forward)**

Caliber Jet Charter, LLC
800 North Central Avenue
Suite 460
Phoenix, AZ 85012
**(returned to sender, not deliverable)**

Results ebc, Inc.
10908 Courthouse Road
Suite 102-252
Fredericksburg, VA 22408
**(return to sender - not deliverable)**

VEH Accounting Services, LLC
763 NW 42nd Place
Pompano Beach, FL 33064
**(returned unable to forward)**

Wayne County Airport Authority
1 Detroit Metro Airport
Detroit, MI 48242
**(attempted, unknown, return to sender)**