UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
ALL IN JETS, LLC d/b/a JET READY,                  :    Case No. 20-11831-mew
                                                   :
                                    Debtor.        :
---------------------------------------------------------------x

**ORDER AUTHORIZING THE LIQUIDATING TRUSTEE TO ISSUE SUBPEONAS DIRECTING EXAMINATION AND PRODUCTION OF DOCUMENTS FROM J.P. MORGAN CHASE BANK, N.A**

Upon the *ex parte* application, dated March 11, 2022 (the "Application"), of Yann Geron (the "Trustee"), as the Liquidating Trustee of the Jetready Liquidating Trust (the "Trust"), which was established pursuant to the confirmed amended plan of reorganization of All In Jets, LLC d/b/a Jet Ready (the "Reorganized Debtor"), the above-captioned debtor, for an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing him to issue subpoenas, without prejudice to the rights of J.P. Morgan Chase Bank, N.A. ("Chase") to object, (a) directing the production for inspection and copying records of documents in connection with the Reorganized Debtor's post-confirmation estate, and (b) directing the appearance and submission to an oral examination to be taken under oath; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and sufficient notice having been provided; and the Court having found and determined that the relief sought in the Application is in the best interest of the Reorganized Debtor and the Trust; and the legal and factual bases set forth in the Application having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

***ORDERED***, that the relief requested in the Application is GRANTED to the extent set forth herein; and it is further

***ORDERED***, that the Trustee may issue a subpoena directing Chase to produce documents in response to the document requests attached hereto as Schedule I (the "Document Request") without prejudice to the rights of Chase to object in accordance with the applicable rules; and it is further

***ORDERED***, that the Trustee may issue a subpoena directing Chase to appear for an examination under oath to testify as to this bankruptcy proceeding without prejudice to the rights of the Parties to object; and it is further

***ORDERED***, that, to the extent necessary, the Trustee's rights are reserved to request additional examinations or documents under Bankruptcy Rule 2004 based on any information that may be revealed as a result of the discovery obtained pursuant to this Order; and it is further

***ORDERED***, that this Order shall be served upon (i) Chase, (ii) the Office of the U.S. Trustee; and (iii) all parties who have appeared in this chapter 11 case; and it is further

***ORDERED***, that this Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: New York, New York
March 15, 2022

**s/Michael E. Wiles**
Honorable Michael E. Wiles
United States Bankruptcy Judge

# SCHEDULE I

## Document Request – J.P. Morgan Chase Bank, N.A. ("Chase")

1. Copies of all bank statements for all of the Debtor's bank accounts (including, but not limited to, account no. 878073787) for the period August 13, 2017, through the present.

2. Copies of the front and back of all canceled checks ($1,000 or greater) for all of the Debtor's bank accounts (including, but not limited to, account no. 878073787) for the period August 13, 2017 through the present.

3. Copies of supporting documentation for all deposit receipts, wires, withdrawals, ach transactions and e payments ($1,000 or greater) for all of the Debtor's bank accounts (including, but not limited to, account no. 878073787) for the period August 13, 2017 through the present.

4. Copies of all signature cards, all records submitted by the Reorganized Debtor to Chase (i.e. financials, tax returns, etc.) and any agreements between the Reorganized Debtor and Chase that exists or existed from August 13, 2017, through the present.

5. Copies of all credit card statements for any and all accounts by or on behalf of the Reorganized Debtor for the period August 13, 2017, through the present.