# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN Division

| | |
|---|---|
| In Re | |
| ALL IN JETS, LLC | Case No. 20-11831 |
| Debtor(s) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, YANN GERON, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A plan was confirmed on November 9, 2021. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on December 9, 2021 the Court ordered compensation of $60,480.00 be awarded to the trustee. The bulk of these funds were paid by the debtor to the trustee on December 7, 2021. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: 04/28/2022              By: YANN GERON
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**