UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ALL IN JETS, LLC, d/b/a JETREADY,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 20-11831 (MEW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Steven J. Cohen, Wachtel Missry LLP, hereby withdraws his Notice of Appearance (Doc. No. 91) as counsel on behalf of Aviation House Investments, LLC in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that service of all pleadings and notices upon the undersigned pursuant thereto, including CM/ECF electronic notification, should be discontinued, and all names and contact information be removed from the appropriate service list(s).

Dated: New York, New York
        February 21, 2023

                                                    WACHTEL MISSRY LLP

                                                    By: */s/Steven J. Cohen*
                                                    Steven J. Cohen
                                                    One Dag Hammarskjöld Plaza
                                                    885 Second Avenue, 47th Floor
                                                    New York, New York 10017
                                                    Tel.  (212) 909-9500
                                                    Fax.  (212) 909-9463
                                                    cohen@wmllp.com